

COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT
ONE COURTHOUSE WAY SUITE 2300
BOSTON, MA 02210

CIVIL ACTION No.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CONRAD V. MURPHY
   PLAINTIFF

VS.

THE UNITED STATES, COMMONWEALTH OF
MASSACHUSETTS DEPATRMENT OF CORRECTIONS
COMMISSIONER, MCI CEDAR JUNCTION WALPOLE's
SUPERINTENDANT AND HIS CHAIN OF COMMAND
   DEFENDANTS

SUED IN THEIR INDIVIDUAL AND OFFICIAL
CAPACITIES AND ENTITIES

MOTION TO PROCEED IN
FORMA PAUPERIS

   Plaintiff, Conrad V. Murphy, pursuant to 28 U.S.C. 1915, and moves this Honorable Court for an officer pertaining to plaintiff to proceed **with prepayment** of the full filing fee of $ 150.00 from available funds in plaintiff's prison savings account. Plaintiff has attached a declaration in support of this motion, as well as a copy of plaintiff's trust account (past six months).

   Plaintiff, respectfully motions to the United States District Courts Clerk of the Commonwealth of Massachusetts to issue the summons to the United States Marshalls Service, to issue the summons (processed) to the party and defendants in this Civil Rights Action. U.S.C.A. Const. Art. 6, cl. 2. plaintiff is reqesting a complete photo copy of the service of process receipt by the Courts Clerk and the United States Marshalls service of the issueance of said summons

(2)

to the defendants in said Civil Rights Action Complaint, by way of mail.

## DECLARATION IN SUPPORT OF MOTION
## TO PROCEED IN FORMA PAUPERIS

**I DECLARE THAT THE RESPONSES WHICH I HAVE MADE BELOW ARE TRUE.**

**EMPLOYMENT**

1. Am I presently employed? (Prisoner claims no prison employment).

2. Have I received within the past six months any monies from any of the following sources?

   A. Business, profession, or form of self-employment? Yes___ no **X**

   B. Rent payments, interest, or dividends? yes___ no **X**

   C. Pensions, annuities, or life insurance payments? yes___ no **X**

   D. Money gifts or inheritance? yes___ no **X**

   E. Any other sources? yes___ no **X**

   If the answer to any of the above is yes, decribe each source of money and state the amount received from each during the past six months.

3. Do I own any cash or do I have monies in any checking or savings account, (Include any funds in prison accounts) yes **X** no___

   If the answer is yes, state the total value owned in both personal and savings acconuts. Personal $ **0.00** .Savings $ **460.20** .

4. Do I own any real estate, stocks, bonds, money notes, automobiles or other valuable property (encluding ordinary household furnishing and clothing? yes___ no **X**

   If the answer is yes, describe the property and state its apporximate value.   $ **536.54** . See, #9 and #11 of plaintiff's exhibit package.

5. List the persons who are dependent upon me for support, if any, state my relationship to those persons, and indicate how much I contribute to there support.   None.

   **PURSUANT TO (28 U.S.C. § 1746 AND 18 U.S.C. § 1621)** and that I understand fully that a false statment or answer to any questions in this declaration will subject me to penalties for perjury. Signed under penalty of purjury.

                                X _[signature]_

(3)

PLAINTIFF'S AFFIDAVIT IN SUPPORT OF
MOTION TO PROCEED IN
FORMA PAUPERIS

I, Conrad V. Murphy, swear and affirm under penalty of perjury under United States Laws that the statements and answers, as they appear in this declaration are true and correct of my own knowledge. Signed under penalty of purjury under United States Laws on this __11__, day of __3__ ,2004 (28 U.S.C. : 1746 and 28 U.S.C. § 1621)

X _____

EXECUTED UNDER PENALTY OF PURJURY AS ATTEST, PURSUANT TO NOTARY PUBLIC.

NOTARY PUBLIC

X _____ 11/3/04
Nelson Alves

MY COMMISSION EXPIRES ON __4/21__ , __2004__

X _____
Conrad V. Murphy, # W-47737
PRO SE Litigant
MCI CEDAR JUNCTION
South Walpole, MA 02071

Pursuant to Adkins V. Dupont, 69 S.Ct. 85 (1948) in Citing, where plaintiff Conrad V. Murphy, hereby states for the record that his prison savings trust account is his "last dollars" to his name and life.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20040811 12:32

| Commit# : | W47737 | | MCI CEDAR JUNCTION | Page: 1 |
|---|---|---|---|---|
| Name : | MURPHY, CONRAD, , | Statement From | 20040201 | |
| Inst : | MCI CEDAR JUNCTION | To | 20040811 | |
| Block : | BLOCK 7 | | | |
| Cell/Bed : | 10 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $786.02 | $768.89 | $704.28 | $99.40 |
| 20040202 22:30 | CN - Canteen | 2324324 | | CJ | ~Canteen Date : 20040202 | $0.00 | $17.12 | $0.00 | $0.00 |
| 20040203 10:58 | AT - Account Transfer | 2326781 | | CJ | ~INSUFFICIENT POSTAGE COLLECTED 1/30/04 PER S/P. EACH PACKAGE (3) COST $7.63 TO MAIL - NOT $7.10. ADD'L $1.59 S/P DONE OK'D PER JUDY B.~W47737 MURPHY,CONRAD PERSONAL | $1.59 | $0.00 | $0.00 | $1.59 |
| 20040203 11:00 | IC - Transfer from Inmate to Club A/c | 2326796 | | CJ | ~POSTAGE OWED ON THREE ENVELOPES SENT OUT 1/30. EACH PKG COST $7.63 TO MAIL - NOT $7.10 AS ON S/P. ADD'L S/P OF $1.59 OK'D PER JUDY B.~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.59 | $0.00 | $0.00 |
| 20040204 23:08 | PY - Payroll | 2340728 | | CJ | ~20040118 To 20040124 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040204 23:08 | PY - Payroll | 2340729 | | CJ | ~20040118 To 20040124 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040209 22:31 | CN - Canteen | 2355831 | | CJ | ~Canteen Date : 20040209 | $0.00 | $4.95 | $0.00 | $0.00 |
| 20040210 11:40 | IS - Interest | 2364048 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040210 11:40 | IS - Interest | 2364049 | | CJ | | $0.00 | $0.00 | $0.82 | $0.00 |
| 20040211 23:10 | PY - Payroll | 2385778 | | CJ | ~20040125 To 20040131 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040211 23:10 | PY - Payroll | 2385779 | | CJ | ~20040125 To 20040131 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040216 22:30 | CN - Canteen | 2395645 | | CJ | ~Canteen Date : 20040216 | $0.00 | $4.26 | $0.00 | $0.00 |
| 20040218 23:08 | PY - Payroll | 2413477 | | CJ | ~20040201 To 20040207 | $4.00 | $0.00 | $0.00 | $0.00 |
| 20040218 23:08 | PY - Payroll | 2413478 | | CJ | ~20040201 To 20040207 | $0.00 | $0.00 | $4.00 | $0.00 |
| 20040223 22:30 | CN - Canteen | 2427380 | | CJ | ~Canteen Date : 20040223 | $0.00 | $3.70 | $0.00 | $0.00 |
| 20040225 23:01 | PY - Payroll | 2442916 | | CJ | ~20040208 To 20040214 | $6.00 | $0.00 | $0.00 | $0.00 |
| 20040225 23:01 | PY - Payroll | 2442917 | | CJ | ~20040208 To 20040214 | $0.00 | $0.00 | $6.00 | $0.00 |
| 20040301 22:30 | CN - Canteen | 2455183 | | CJ | ~Canteen Date : 20040301 | $0.00 | $4.92 | $0.00 | $0.00 |
| 20040303 23:01 | PY - Payroll | 2472318 | | CJ | ~20040215 To 20040221 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040303 23:01 | PY - Payroll | 2472319 | | CJ | ~20040215 To 20040221 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040308 22:30 | CN - Canteen | 2485887 | | CJ | ~Canteen Date : 20040308 | $0.00 | $7.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2495382 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2495383 | | CJ | | $0.00 | $0.00 | $0.78 | $0.00 |
| 20040310 23:01 | PY - Payroll | 2517723 | | CJ | ~20040222 To 20040228 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20040310 23:01 | PY - Payroll | 2517724 | | CJ | ~20040222 To 20040228 | $0.00 | $0.00 | $5.00 | $0.00 |
| 20040312 08:30 | ML - Mail | 2524200 | | CJ | ~LOUISE WRIGHT | $15.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20040811 12:32

| Commit# : | W47737 | | | | MCI CEDAR JUNCTION | | | Page: 2 | |
|---|---|---|---|---|---|---|---|---|---|
| Name : | MURPHY, CONRAD, , | | | | Statement From | 20040201 | | | |
| Inst : | MCI CEDAR JUNCTION | | | | To | 20040811 | | | |
| Block : | BLOCK 7 | | | | | | | | |
| Cell/Bed : | 10 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040315 09:18 | AT - Account Transfer | 2526462 | | CJ | ~POSTAGE~W47737 MURPHY,CONRAD  PERSONAL | $4.10 | $0.00 | $0.00 | $4.10 |
| 20040315 09:19 | IC - Transfer from Inmate to Club A/c | 2526480 | | CJ | ~POSTAGE PER S/P~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.10 | $0.00 | $0.00 |
| 20040315 22:30 | CN - Canteen | 2530411 | | CJ | ~Canteen Date : 20040315 | $0.00 | $4.12 | $0.00 | $0.00 |
| 20040317 23:01 | PY - Payroll | 2546827 | | CJ | ~20040229 To 20040306 | $1.00 | $0.00 | $0.00 | $0.00 |
| 20040317 23:01 | PY - Payroll | 2546828 | | CJ | ~20040229 To 20040306 | $0.00 | $0.00 | $1.00 | $0.00 |
| 20040318 09:00 | CI - Transfer from Club to Inmate A/c | 2548757 | | CJ | ~REIMB FOR OVERCHARGE OF POSTAGE FOR 3/15 S/P. COST WAS $4.05 PER MAIL OFCR NOT $4.10. THIS .05 RETURNED TO SAVINGS.~W47737 MURPHY,CONRAD PERSONAL~POSTAGE - Z11 | $0.05 | $0.00 | $0.00 | $0.00 |
| 20040318 09:01 | AT - Account Transfer | 2548767 | | CJ | ~REIMB FOR OVERCHARGE OF POSTAGE FOR 3/15 S/P COST WAS $4.05 PER MAIL OFCR NOT $4.10. THIS .05 WAS RETURNED TO SAVINGS.~W47737 MURPHY,CONRAD  SAVINGS | $0.00 | $0.05 | $0.05 | $0.00 |
| 20040322 22:30 | CN - Canteen | 2559445 | | CJ | ~Canteen Date : 20040322 | $0.00 | $15.34 | $0.00 | $0.00 |
| 20040326 10:56 | AT - Account Transfer | 2582996 | | CJ | ~FIVE BOOKS OF STAMPS~W47737 MURPHY,CONRAD  PERSONAL | $18.50 | $0.00 | $0.00 | $18.50 |
| 20040329 08:36 | CI - Transfer from Club to Inmate A/c | 2585157 | | CJ | ~CNTN REFUND (3/22 ORDER)~W47737 MURPHY,CONRAD PERSONAL~KCN WASH ACCOUNT - Z5 | $15.34 | $0.00 | $0.00 | $0.00 |
| 20040329 22:30 | CN - Canteen | 2589050 | | CJ | ~Canteen Date : 20040329 | $0.00 | $5.93 | $0.00 | $0.00 |
| 20040405 22:30 | CN - Canteen | 2617941 | | CJ | ~Canteen Date : 20040405 | $0.00 | $18.50 | $0.00 | $0.00 |
| 20040412 22:30 | CN - Canteen | 2646710 | | CJ | ~Canteen Date : 20040412 | $0.00 | $9.29 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2655895 | | CJ | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2655896 | | CJ | | $0.00 | $0.00 | $0.85 | $0.00 |
| 20040503 22:30 | CN - Canteen | 2747273 | | CJ | ~Canteen Date : 20040503 | $0.00 | $1.75 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2800177 | | CJ | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2800178 | | CJ | | $0.00 | $0.00 | $0.80 | $0.00 |
| 20040514 15:37 | IC - Transfer from Inmate to Club A/c | 2816167 | | CJ | ~HEADPHONES,ADAPTER~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $30.99 | $0.00 | $0.00 |
| 20040514 15:37 | AT - Account Transfer | 2816166 | | CJ | ~HEADPHONES,ADAPTER~W47737 MURPHY,CONRAD PERSONAL | $30.99 | $0.00 | $0.00 | $30.99 |
| 20040525 14:05 | AT - Account Transfer | 2853745 | | CJ | ~PER SUPERINTENDENT APPROVAL FOR STAMPS(5)~W47737 MURPHY,CONRAD  PERSONAL | $18.50 | $0.00 | $0.00 | $18.50 |
| 20040604 22:30 | CN - Canteen | 2901303 | | CJ | ~Canteen Date : 20040604 | $0.00 | $18.50 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :** 20040811 12:32

| Commit# : | W47737 | MCI CEDAR JUNCTION | Page : 3 |
|---|---|---|---|
| Name : | MURPHY, CONRAD, , | Statement From 20040201 | |
| Inst : | MCI CEDAR JUNCTION | To 20040811 | |
| Block : | BLOCK 7 | | |
| Cell/Bed : | 10 /A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040610 07:35 | IS - Interest | 2929876 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2929877 | | CJ | | $0.00 | $0.00 | $0.81 | $0.00 |
| 20040630 15:31 | IC - Transfer from Inmate to Club A/c | 3017620 | | CJ | ~NOTARY FEE PER S/P~INMATE RESTITUTION - Z42~INMATE RESTITUTION - Z42 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20040630 15:31 | AT - Account Transfer | 3017619 | | CJ | ~NOTARY FEE~W47737 MURPHY,CONRAD PERSONAL | $1.00 | $0.00 | $0.00 | $1.00 |
| 20040702 13:51 | AT - Account Transfer | 3033851 | | CJ | ~STAMPS~W47737 MURPHY,CONRAD PERSONAL | $18.50 | $0.00 | $0.00 | $18.50 |
| 20040702 13:52 | IC - Transfer from Inmate to Club A/c | 3033853 | | CJ | ~CERTIFIED POSTAGE PER S/P~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.87 | $0.00 | $0.00 |
| 20040702 13:52 | AT - Account Transfer | 3033852 | | CJ | ~CERTIFIED POSTAGE~W47737 MURPHY,CONRAD PERSONAL | $4.87 | $0.00 | $0.00 | $4.87 |
| 20040702 13:53 | IC - Transfer from Inmate to Club A/c | 3033855 | | CJ | ~CERTIFIED POSTAGE PER S/P~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.87 | $0.00 | $0.00 |
| 20040702 13:53 | AT - Account Transfer | 3033854 | | CJ | ~CERTIFIED POSTAGE~W47737 MURPHY,CONRAD PERSONAL | $4.87 | $0.00 | $0.00 | $4.87 |
| 20040702 13:54 | AT - Account Transfer | 3033856 | | CJ | ~CERTIFIED POSTAGE~W47737 MURPHY,CONRAD PERSONAL | $4.87 | $0.00 | $0.00 | $4.87 |
| 20040702 13:55 | IC - Transfer from Inmate to Club A/c | 3033857 | | CJ | ~CERTIFIED POSTAGE PER S/P~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.87 | $0.00 | $0.00 |
| 20040702 13:55 | AT - Account Transfer | 3033858 | | CJ | ~CERTIFIED POSTAGE~W47737 MURPHY,CONRAD PERSONAL | $4.87 | $0.00 | $0.00 | $4.87 |
| 20040702 13:55 | IC - Transfer from Inmate to Club A/c | 3033860 | | CJ | ~CERTIFIED POSTAGE PER S/P~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.87 | $0.00 | $0.00 |
| 20040702 13:56 | IC - Transfer from Inmate to Club A/c | 3033864 | | CJ | ~CERTIFIED POSTAGE PER S/P~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.87 | $0.00 | $0.00 |
| 20040702 13:56 | AT - Account Transfer | 3033863 | | CJ | ~CERTIFIED POSTAGE~W47737 MURPHY,CONRAD PERSONAL | $4.87 | $0.00 | $0.00 | $4.87 |
| 20040702 13:57 | IC - Transfer from Inmate to Club A/c | 3033868 | | CJ | ~CERTIFIED POSTAGE PER S/P~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.87 | $0.00 | $0.00 |
| 20040702 13:57 | AT - Account Transfer | 3033866 | | CJ | ~CERTIFIED POSTAGE~W47737 MURPHY,CONRAD PERSONAL | $4.87 | $0.00 | $0.00 | $4.87 |
| 20040707 10:07 | CI - Transfer from Club to Inmate A/c | 3043261 | | CJ | ~OVERCHRGD FOR CERT. POSTAGE 7/2/04.S/P HAD INCORRECT AMTS.. SHOULD'VE BEEN 5 @ $4.28 & 1 @ $2.89.TOTAL $24.29. REIMB.DIFF OF $4.93 & RET TO SAV. ~W47737 MURPHY,CONRAD PERSONAL~POSTAGE - Z11 | $4.93 | $0.00 | $0.00 | $0.00 |
| 20040707 10:11 | AT - Account Transfer | 3043296 | | CJ | ~OVERCHRGD FOR CERT.POSTAGE 7/2/04.S/P HAD INCORRECT AMTS.SHOULD'VE BEEN 5 @ $4.28 & 1 @ $2.89 TOTAL $24.29. REIMB. DIFF. OF $4.93 & RET TO SAV.~W47737 MURPHY,CONRAD SAVINGS | $0.00 | $4.93 | $4.93 | $0.00 |
| 20040712 22:30 | CN - Canteen | 3068984 | | CJ | ~Canteen Date : 20040712 | $0.00 | $18.50 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3077801 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3077802 | | CJ | | $0.00 | $0.00 | $0.76 | $0.00 |
| | | | | | | $188.74 | $205.76 | $40.80 | $122.40 |

SAVINGS TO PERSONAL

**NOTE:** A balance of $100.00 must be maintained in savings account. Savings funds may only be utilized upon the approval the Superintendent for compelling needs. Please attach documentation (i.e., order form, canteen slip, bill)

Inmate's Name: _Conrad V. Murphy_   Comm. #: _W-47737_

Unit: _Block 7 #10_   Date: _4/19/2004_

I am requesting the amount of _30.99_ from my savings account.

The purpose of this request is for _Appliances._
_1) Headphones and Adapter._

Signed: _Conrad V. Murphy_
(Inmate's Signature)

### Unit Team Recommendation

Total Amount in Savings: _$614.19_   Total Amount in Personal: _$.10_

Balance: _____

Employed: ( ) Yes (X) No

Length of Sentence: _____   Out of State: _____

Recommendation of Unit Team: (X) Approve ( ) Deny

Signed: _____
(Unit Manager's Signature)

### Superintendent's Decision

(X) Approved   ( ) Denied

Total Amount Granted: _$30.99_

Signed: _David Nolan_
(Superintendent's Signature)

Additional Information: _____

# MCI CEDAR JUNCTION APPLIANCE ORDER FORM

NAME _Conrad V. Murphy_ ID# _W-47737_
HOUSING UNIT _Block 7 #18_ DATE _4/19/2004_

S/P

| QTY. | CODE | ITEM | COST |
|---|---|---|---|
|  | 800 | BLACK & WHITE TELEVISION | $122.06 |
|  | 801 | COLOR TELEVISION 13" | $196.75 |
|  | 802 | SENTRY HEADPHONE | $9.45 |
| 1 | 803 | SONY MDR V150 | $29.54 |
|  | 804 | FAN (LAKEWOOD) | $26.25 |
|  | 805 | BROTHER ML100 TYPEWRITER | $145.69 |
|  | 806 | S.C. TYPEWRITER RIBBON | $8.24 |
|  | 807 | S.C. CORRECTABLE RIBBON | $4.94 |
|  | 810 | JENSON WALKMAN w/HEADPH. | $27.77 |
|  | 811 | SENTRY 120 AM/FM RADIO (table top) | $26.25 |
| 1 | 813 | MONO TO STEREO ADAPTER | $1.45 |
|  | 822 | BROTHER REPL. RIBBON (1 PACK) | $5.12 |
|  | 823 | BROTHER CORR. RIBBON (2 PACK) | $5.12 |
|  | 826 | CANNON REPL. RIBBON | $4.60 |
|  | 828 | CANNON CORR. RIBBON | $4.60 |

INMATE SIGNATURE _Conrad V. Murphy_
UNIT TEAM/CPO SIGNATURE _T. Rapoza_
PROPERTY SIGNATURE _____
INMATE ACCOUNTS SIGNATURE **INMATE ACCOUNTS**
AMOUNT DEDUCTED $ _30.99_

MAY 14 2004

26-Jan-04

Please Return to W.W U T Attn
Todd Rapoza for S to P

TRANSFER FORM - INMATE FUNDS
SAVINGS TO PERSONAL

NOTE: A balance of $100.00 must be maintained in savings account Savings funds may only be utilized upon the approval the Superintendent for compelling needs. Please attach documentation (i.e., order form, canteen slip, bill)

Inmate's Name: CONRAD V. MURPHY           Comm. #: W-47737

Unit: BLOCK 7 # 10                        Date: JUNE 14, 2004

I am requesting the amount of $ 1.00 from my savings account.

The purpose of this request is for NOTARY PUBLIC FEE (WALPOLE)

Signed: [signature]
(Inmate's Signature)

(RETURN TO WWUT FOR APPROVAL)

### Unit Team Recommendation

Total Amount in Savings: 566.31     Total Amount in Personal: //

Balance: _____

Employed: ( ) Yes ( ) No

Length of Sentence: _____         Out of State: _____

Recommendation of Unit Team: ( ) Approve ( ) Deny

Signed: _____
(Unit Manager's Signature)

---

### Superintendent's Decision

(✓) Approved  ( ) Denied

Total Amount Granted: $1.00

Signed: David Nolan
(Superintendent's Signature)

Additional Information: _____

## MASSACHUSETTS JURAT

Gov. Exec. Ord. #455 (03-13), §5(e)

Commonwealth of Massachusetts
County of __Norfok__ } ss.

On this the __23__ day of __June__, __2004__, before me,
__Cheryl A. Maher__, the undersigned Notary Public,
personally appeared __Conrad Murphy__,
proved to me through satisfactory evidence of identity, which was/were
__Self__
*Description of Evidence of Identity*

to be the person(s) whose name(s) was/were signed on the preceding or attached document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his/her/their knowledge and belief.

_Cheryl A Maher_
Signature of Notary Public

_Cheryl A. Maher_
Printed Name of Notary

My Commission Expires __2/__

Place Notary Seal and/or Any Stamp Above

──── OPTIONAL ────

*Although the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: __Demand letter__

Document Date: __6/23/04__    Number of Pages: __4__

Signer(s) Other Than Named Above: _____

Right Thumbprint of Signer
Top of thumb here

© 2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org
Item No. 5952    Reorder: Call Toll-Free 1-800 US NOTARY (1-800-876-6827)

TRANSFER FORM - INMATE FUNDS
SAVINGS TO PERSONAL

NOTE: A balance of $100.00 must be maintained in savings account Savings funds may only be utilized upon the approval the Superintendent for compelling needs. Please attach documentation (i.e., order form, canteen slip, bill)

Inmate's Name: Conrad Murphy   Comm. #: W-47737
Unit: Block 7 #10   Date: June 28, 04

I am requesting the amount of $18.50 from my savings account.

The purpose of this request is for Stamps (5 Books)

Signed: Conrad Murphy
(Inmate's Signature)

## Unit Team Recommendation

Total Amount in Savings: $566.31   Total Amount in Personal: 10.11

Balance: _____

Employed: ( ) Yes (X) No

Length of Sentence: _____   Out of State: _____

Recommendation of Unit Team: (√) Approve ( ) Deny

Signed: _____ CPOI
(Unit Manager's Signature)

---

## Superintendent's Decision

(√) Approved   ( ) Denied

Total Amount Granted: $18.50

Signed: David Nolan
(Superintendent's Signature)

Additional Information: _____

NOTE: A balance of $100.00 must be maintained in savings account Savings funds may only be utilized upon the approval the Superintendent for compelling needs. Please attach documentation (i.e., order form, canteen slip, bill)

Inmate's Name: Conrad Murphy  Comm. #: W-47737
Unit: Block 9 #10  Date: 8/3/04

I am requesting the amount of 77.40 from my savings account.

The purpose of this request is for Clothing.

Signed: Conrad Murphy
(Inmate's Signature)

## Unit Team Recommendation

Total Amount in Savings: $523.78  Total Amount in Personal: .11

Balance: _____

Employed: ( ) Yes (X) No

Length of Sentence: _____  Out of State: _____

Recommendation of Unit Team: (✓) Approve  ( ) Deny

Signed: L Rapoza
(Unit Manager's Signature)

## Superintendent's Decision

(✓) Approved  ( ) Denied

Total Amount Granted: $46.29

Signed: David Nolan
(Superintendent's Signature)

Additional Information: Apparel Socks, Shower Shoes, Sneakers only

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### MCI CEDAR JUNCTION

| | | | |
|---|---|---|---|
| Date: 2004 0813 10:28:04 | Inmate Receipt | | Receipt # 3236245 |

| Field | Value |
|---|---|
| Institution : | MCI CEDAR JUNCTION |
| Unit : | BLOCK 7 |
| Block: | 10 |
| Commit # : | W47737 |
| Name : | MURPHY, CONRAD |
| Type Of Transaction : | IC - Transfer from Inmate to Club A/c |
| Date of Transaction : | 20040813 |
| Source : | |
| External Contact : | |
| Amount : | $ 46.29 |
| Comments : | SOCKS,SNEAKERS,SHOWER SHOES S/P |

Current Balances :

| Personal | Savings | Frozen | Sentence Fees | Restitution Fees | Loan Amount |
|---|---|---|---|---|---|
| .11 | 477.82 | .00 | .00 | .00 | .00 |

TRANSFER FORM - INMATE FUNDS
SAVINGS TO PERSONAL

NOTE: A balance of $100.00 must be maintained in savings account Savings funds may only be utilized upon the approval the Superintendent for compelling needs. Please attach documentation (i.e., order form, canteen slip, bill)

Inmate's Name: Conrad Murphy   Comm. #: W-47737

Unit: Block 7 #10   Date: 8/16/2004

I am requesting the amount of $18.50 from my savings account.

The purpose of this request is for Stamps (5 Books the Limit)

Signed: _____
(Inmate's Signature)

Unit Team Recommendation

Total Amount in Savings: 477.82   Total Amount in Personal: _____

Balance: _____

Employed: ( ) Yes (X) No

Length of Sentence: _____   Out of State: N/A

Recommendation of Unit Team: (X) Approve ( ) Deny

Signed: _____
(Unit Manager's Signature)

---

Superintendent's Decision

(X) Approved   ( ) Denied

Total Amount Granted: $18.50

Signed: David Nolan
(Superintendent's Signature)

Additional Information: _____

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### MCI CEDAR JUNCTION

| | | | |
|---|---|---|---|
| Date: 2004 0917 11:21:23 | Inmate Receipt | | Receipt # 3392857 |

| Field | Value |
|---|---|
| Institution : | MCI CEDAR JUNCTION |
| Unit : | BLOCK 7 |
| Block: | 10 |
| Commit # : | W47737 |
| Name : | MURPHY, CONRAD |
| Type Of Transaction : | CI - Transfer from Club to Inmate A/c |
| Date of Transaction : | 20040917 |
| Source : | |
| External Contact : | |
| Amount : | $ 18.50 |
| Comments : | |

Current Balances :

| Personal | Savings | Frozen | Sentence Fees | Restitution Fees | Loan Amount |
|---|---|---|---|---|---|
| 20.35 | 460.20 | .00 | .00 | .00 | .00 |

Page 10

TRANSFER FORM - INMATE FUNDS
SAVINGS TO PERSONAL

NOTE: A balance of $100.00 must be maintained in savings account
Savings funds may only be utilized upon the approval
the Superintendent for compelling needs. Please attach
documentation (i.e., order form, canteen slip, bill)

Inmate's Name: Conrad Murphy         Comm. #: W-47737
Unit: Block 7 #10                    Date: 9·10·04

I am requesting the amount of 26.25 from my savings account.

The purpose of this request is for NEW LAKEWOOD FAN.

_____

_____

                                Signed: _____
                                        (Inmate's Signature)

### Unit Team Recommendation

Total Amount in Savings: $460.20    Total Amount in Personal: $0.41

                         Balance: _____
Employed: ( ) Yes (x) No

Length of Sentence: _____  Out of State: _____

Recommendation of Unit Team: ( ) Approve ( ) Deny

                                Signed: _____
                                        (Unit Manager's Signature)

--------------------------------------------------------------

### Superintendent's Decision

(✓) Approved  ( ) Denied
Total Amount Granted: $26.25

                                Signed: _____
                                        (Superintendent's Signature)

Additional Information: _____

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### MCI CEDAR JUNCTION

| | | | |
|---|---|---|---|
| Date: 2004 1005 12:18:46 | | Inmate Receipt | Receipt # 3458564 |

| Field | Value |
|---|---|
| Institution : | MCI CEDAR JUNCTION |
| Unit : | BLOCK 7 |
| Block: | 10 |
| Commit # : | W47737 |
| Name : | MURPHY, CONRAD |
| Type Of Transaction : | IC - Transfer from Inmate to Club A/c |
| Date of Transaction : | 20041005 |
| Source : | |
| External Contact : | |
| Amount : | $ 26.25 |
| Comments : | FAN S/P |

Current Balances :

| Personal | Savings | Frozen | Sentence Fees | Restitution Fees | Loan Amount |
|---|---|---|---|---|---|
| 60.41 | 433.95 | .00 | .00 | .00 | .00 |

# MASSACHUSETTS JURAT

Gov. Exec. Ord. #455 (03-13), §5(e)

Commonwealth of Massachusetts
County of __NORFOLK__ } ss.

On this the __3__ day of __November__, __2004__, before me,
__Nelson Alves__, the undersigned Notary Public,
personally appeared __Conrad Murphy__,
proved to me through satisfactory evidence of identity, which was/were __Self__,
Description of Evidence of Identity

to be the person(s) whose name(s) was/were signed on the preceding or attached document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his/her/their knowledge and belief.

[Notary Seal: NELSON ALVES, Notary Public, Commonwealth of Massachusetts, My Commission Expires Apr 21, 2011]

Signature of Notary Public

__Nelson Alves__
Printed Name of Notary

Place Notary Seal and/or Any Stamp Above

My Commission Expires __4/21/11__

--- OPTIONAL ---

Although the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

Right Thumbprint of Signer

Top of thumb here

© 2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org
Item No. 5952                    Reorder: Call Toll-Free 1-800-US NOTARY (1-800-876-6827)