COMMONWEALTH OF MASSACHUSETTS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CONRAD V. MURPHY
    PLAINTIFF

VS.

PLAINTIFF'S EXHIBIT PACKAGE
IN SUPPORT OF COMPLAINT

THE UNITED STATES, COMMONWEALTH OF
MASSACHUSETTS DEPARTMENT OF CORRECTIONS
COMMISSIONER, MCI CEDAR JUNCTION WALPOLE'S
SUPERINTENDANT AND HIS CHAIN OF COMMAND
    DEFENDANTS

SUED IN THEIR INDIVIDUAL AND OFFICIAL
CAPACITIES AND ENTITIES

Now comes the plaintiff in the above-referenced matter, and submits his

217 page Exhibit Package Numbered 1-26 is as follows:

| # 1. (pg.) | # 7. (4 Pages) | # 13. (2 Pages) | # 19. (10Pg"s) | # 25. (15 Pages) |
| # 2. (3 Pages) | # 8. (3 Pages) | # 14. (5 Pages) | # 20. (11Pg"s) | # 26. (77 Pages) |
| # 3. (pg.) | # 9. (2 Pgaes) | # 15. (4 Pages) | # 21. (36Pg"s) | |
| # 4. (pg.) | # 10. (Pg.) | # 16. (Pg.) | # 22. (9 Pages) | |
| # 5. (5 Pages) | # 11. (Pg.) | # 17. (Pg.) | # 23 (14 Pages) | |
| # 6. (2 Pages) | # 12. (Pg.) | # 18. (2 Pages) | # 24. (14 Pages) | |

*[signature]* 11/3/04
NELSON ALVES
4/21/04

NELSON ALVES
Notary Public
Commonwealth of Massachusetts
My Commission Expires Apr 21, 2011

Respectfully Submitted,

Conrad V. Murphy, # W-47737
<u>PRO SE LITIGANT</u>
MCI CEDAR JUNCTION
P.O. BOX 100
SOUTH WALPOLE, MA 02071