COMMONWEALTH OF MASSACHUSETTS

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* FORWARD TO \*
\* JUDGES CHAMBERS \*

FILED
IN CLERKS OFFICE
2005 FEB -2  P 3: 19
U.S. DISTRICT COURT
DISTRICT OF MASS.

RE: <u>CONRAD V. MURPHY V. UNITED STATES</u>, et al.,
    CIVIL ACTION No. 04-12724-JLT

Honorable Judge Joseph L. Tauro,

  I, Conrad V. Murphy, plaintiff, in the above-entitled Civil Action comes forward in correpondence at this time, because of a matter that needs to be attained. On December 10, 2004 I submitted for filing my self-prepared Motion To Proceed In Forma Pauperis, also, accompanied by my self-prepared Civil Rights Complaint, also, accompanied by my self-prepared Memorandum of Law in Support of Complaint, also, accompanied by my self-prepared Order TO Show Cause And Mandatory Permanent Restraining Order with Affidavit, Memorandum of Law and Exhibits in Support, also, accompanied by my self-prepared 217 page Exhibit Package in Support of Complaint. My Motion To Proceed In Forma Pauperis was denied without prejudice to filing an Application To Proceed Without Prepayment of Fees and Affidavit with a copy of my Certified Prison Account Statement within forty-two (42) days of the date of your Memorandum and Order, inwhich, I have complied with herein. You and I both well know "<u>time</u>" is of essence, and this Court is asked to act "<u>expeditiously</u>" in "<u>serving</u>" and "<u>enjoining</u>" the defendants' from their illegal conduct. I state under penalty of perjury that I have <u>monies</u> in my Prison Savings Account, and if needed, I will spend "all" of my funds in pursuit of this litigation.

I, also, requested that the United States District Courts Clerk issue the Summons and 10 Copies of the Complaint to the United States Marshalls Service, and issue the Summons (processed) to the "one-prisoner-party" Napier D. Traylor, and all the Defendants' in this Civil Rights Action. I, also, requested that the funds be taken from my Prison Savings Account for the copping, service of Complaint's and Service of Process and Receipt by the Courts Clerk and the United States Marshalls Service, of the copies of Complaint's, Summons and Service upon the Defendants' in this said Civil rights Action, by way of Mail, at the fees and costs required to pay for such Service by my PRISON SAVINGS ACCOUNT. In accordance with M.G.L. c. 261 § 27 C (2). Plaintiff, Conrad V. Murphy, Motions for a JUDICAL COURT ORDER by the JUDGES CHAMBERS of the United States District Court, pursuant to his Motion For Mandatory Expedited Resolvement of In Forma Pauperis Proceedings, as grounds, therefor stated in plaintiff's Memorandum And Affidavit In Support of Application To Proceed In Forma Pauperis, Supporting Documentation And Order with Exhibits In Support accompanied herewith.

Plaintiff, Conrad V. Murphy, also, requests a full copy of this Courts "LOCAL RULES" and any NEW PROCEDURES in regards to LOCAL RULE 56.1.

Thank you Honorable Judge Joseph L. Tauro for your time, energy and attention under the circumstances.

Sent By Certified U.S. Mail
# 7004 1160 0001 4840 6828

/ 1 / 18 / 2005

Cordially yours,

*Conrad V. Murphy*

CONRAD V. MURPHY, W-47737
PRO SE LITIGANT
MCI CEDAR JUNCTION
P.O. BOX 100
SO. WALPOLE, MA 02071