# United States District Court

FILED
IN CLERK'S OFFICE
2005 FEB -2 P 3:18

U.S. DISTRICT
DISTRICT OF MASS

UNITED STATES DRISTICT COURT, DISTRICT OF MASSACHUSETTS, 28 U.S.C.A. § 101

CONRAD V. MURPHY,
    PLAINTIFF,
V.

UNITED STATES, etal.,
    DEFENDANTS

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: 04-12724-JTL

I, __CONRAD V. MURPHY__, declare that I am the (check appropriate box)

[X] petitioner/plaintiff     [ ] movant (filing

[ ] respondent/defendant     [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

Retalitory Crule and Unusual Punishment, Malicious Distruction of Personal Property and Unlawful Disciplinary Confinement in Segregation.

In further support of this application, I answer the following questions.

1. Are you presently employed?      Yes [ ]  No [X]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment    Yes [ ]  No [ ]
   b. Rent payments, interest or dividends?    Yes [ ]  No [ ]
   c. Pensions, annuities or life insurance payments?    Yes [ ]  No [ ]
   d. Gifts or inheritances?    Yes [ ]  No [ ]
   e. Any other sources?    Yes [X]  No [ ]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

**See Application To Proceed Without Prepayment Of Fees And Affidavit.**

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☒    No ☐    (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

   **See Plaintiff's Certified Copy of his Prison Account.**

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐    No ☒

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   **(NONE)**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1/18/05__       _[signature]_
           (Date)              Signature of Applicant

---

**CERTIFICATE**
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ __0 personal; $350.10 savings__ on account to his credit at the __MCI Cedar Junction__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: __Same as above__

I further certify that during the last six months the applicant's average balance was $ __4.30 personal; 445.82 savings__

Authorized Officer of Institution
MASS. CORR. INST. WALPOLE
P.O. BOX 100
SOUTH WALPOLE, MA 02071

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____ _____ <br> United States Judge    Date | _____ _____ <br> United States Judge    Date <br> or Magistrate |

# UNITED STATES DISTRICT COURT

United States District Court    District of  MASSACHUSETTS, 28 U.S.C.A. § 101

FILED
CLERKS OFFICE
2005 FEB 2   P 3:19
U.S. DISTRICT COURT
DISTRICT OF [MASS]

CONRAD V. MURPHY,
        Plaintiff

V.

UNITED STATES, et al.,
        Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 04-12724-JLT

I, __Conrad V. Murphy__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)

    If "Yes," state the place of your incarceration  __MCI CEDAR JUNCTION @ WALPOLE, MASSACHUSETTS__

    Are you employed at the institution?  __NO__  Do you receive any payment from the institution?  __NO__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☐ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☐ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☐ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☐ No |
    | e. | Gifts or inheritances | ☐ Yes | ☐ No |
    | f. | Any other sources | ☒ Yes | ☐ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

Ms. Louise Wright (Grandmother) and Conrad Wright (Father)
$ 15.00-$20.00 once every 3 months.

NOTE: PLAINTIFF'S SOCIAL SECURITY No. 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, DATE OF BIRTH: 3/7/69
MOTHER'S NAME: LINDA MARIE MURPHY, S.S. No. 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, D.O.B. 1/10/49
DATE OF DEATH: AUGUST 19, 2000

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

                           **NONE**

I declare under penalty of perjury that the above information is true and correct.

_1/18/2005_         _Conrad V. Murphy_
      Date                Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date :  20050119 08:38

| | | | | |
|---|---|---|---|---|
| Commit# : | W47737 | MCI CEDAR JUNCTION | | Page : 1 |
| Name : | MURPHY, CONRAD, , | Statement From | 20040701 | |
| Inst : | MCI CEDAR JUNCTION | To | 20050119 | |
| Block : | BLOCK 6 | | | |
| Cell/Bed : | 11 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $922.11 | $922.00 | $739.39 | $174.08 |
| 20040702 13:51 | AT - Account Transfer | 3033851 | | CJ | ~STAMPS~W47737 MURPHY,CONRAD  PERSONAL | $18.50 | $0.00 | $0.00 | $18.50 |
| 20040702 13:52 | IC - Transfer from Inmate to Club A/c | 3033853 | | CJ | ~CERTIFIED POSTAGE PER S/P~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.87 | $0.00 | $0.00 |
| 20040702 13:52 | AT - Account Transfer | 3033852 | | CJ | ~CERTIFIED POSTAGE~W47737 MURPHY,CONRAD  PERSONAL | $4.87 | $0.00 | $0.00 | $4.87 |
| 20040702 13:53 | IC - Transfer from Inmate to Club A/c | 3033855 | | CJ | ~CERTIFIED POSTAGE PER S/P~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.87 | $0.00 | $0.00 |
| 20040702 13:53 | AT - Account Transfer | 3033854 | | CJ | ~CERTIFIED POSTAGE~W47737 MURPHY,CONRAD  PERSONAL | $4.87 | $0.00 | $0.00 | $4.87 |
| 20040702 13:54 | AT - Account Transfer | 3033856 | | CJ | ~CERTIFIED POSTAGE~W47737 MURPHY,CONRAD  PERSONAL | $4.87 | $0.00 | $0.00 | $4.87 |
| 20040702 13:55 | IC - Transfer from Inmate to Club A/c | 3033857 | | CJ | ~CERTIFIED POSTAGE PER S/P~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.87 | $0.00 | $0.00 |
| 20040702 13:55 | AT - Account Transfer | 3033858 | | CJ | ~CERTIFIED POSTAGE~W47737 MURPHY,CONRAD  PERSONAL | $4.87 | $0.00 | $0.00 | $4.87 |
| 20040702 13:55 | IC - Transfer from Inmate to Club A/c | 3033860 | | CJ | ~CERTIFIED POSTAGE PER S/P~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.87 | $0.00 | $0.00 |
| 20040702 13:56 | IC - Transfer from Inmate to Club A/c | 3033864 | | CJ | ~CERTIFIED POSTAGE PER S/P~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.87 | $0.00 | $0.00 |
| 20040702 13:56 | AT - Account Transfer | 3033863 | | CJ | ~CERTIFIED POSTAGE~W47737 MURPHY,CONRAD  PERSONAL | $4.87 | $0.00 | $0.00 | $4.87 |
| 20040702 13:57 | IC - Transfer from Inmate to Club A/c | 3033868 | | CJ | ~CERTIFIED POSTAGE PER S/P~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.87 | $0.00 | $0.00 |
| 20040702 13:57 | AT - Account Transfer | 3033866 | | CJ | ~CERTIFIED POSTAGE~W47737 MURPHY,CONRAD  PERSONAL | $4.87 | $0.00 | $0.00 | $4.87 |
| 20040707 10:07 | CI - Transfer from Club to Inmate A/c | 3043261 | | CJ | ~OVERCHRGD FOR CERT. POSTAGE 7/2/04.S/P HAD INCORRECT AMTS.. SHOULD'VE BEEN 5 @ $4.28 & 1 @ $2.89.TOTAL $24.29. REIMB.DIFF OF $4.93 & RET TO SAV. ~W47737 MURPHY,CONRAD PERSONAL~POSTAGE - Z11 | $4.93 | $0.00 | $0.00 | $0.00 |
| 20040707 10:11 | AT - Account Transfer | 3043296 | | CJ | ~OVERCHRGD FOR CERT.POSTAGE 7/2/04.S/P HAD INCORRECT AMTS.SHOULD'VE BEEN 5 @ $4.28 & 1 @ $2.89 TOTAL $24.29. REIMB. DIFF. OF $4.93 & RET TO SAV.~W47737 MURPHY,CONRAD  SAVINGS | $0.00 | $4.93 | $4.93 | $0.00 |
| 20040712 22:30 | CN - Canteen | 3068984 | | CJ | ~Canteen Date : 20040712 | $0.00 | $18.50 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3077801 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3077802 | | CJ | | $0.00 | $0.00 | $0.76 | $0.00 |
| 20040811 17:03 | IS - Interest | 3211805 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3211806 | | CJ | | $0.00 | $0.00 | $0.83 | $0.00 |
| 20040813 09:29 | AT - Account Transfer | 3236238 | | CJ | ~SOCKS,SNEAKERS,SHOWER SHOES~W47737 MURPHY,CONRAD  PERSONAL | $46.29 | $0.00 | $0.00 | $46.29 |
| 20040813 09:30 | IC - Transfer from Inmate to Club A/c | 3236245 | | CJ | ~SOCKS,SNEAKERS,SHOWER SHOES S/P~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $46.29 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050119 08:38

| | | |
|---|---|---|
| Commit# : | W47737 | |
| Name : | MURPHY, CONRAD, , | |
| Inst : | MCI CEDAR JUNCTION | |
| Block : | BLOCK 6 | |
| Cell/Bed : | 11 /A | |

MCI CEDAR JUNCTION

Statement From 20040701
To 20050119

Page: 2

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040823 10:56 | AT - Account Transfer | 3268965 | | CJ | ~FIVE BOOKS OF STAMPS~W47737 MURPHY,CONRAD PERSONAL | $18.50 | $0.00 | $0.00 | $18.50 |
| 20040830 22:30 | CN - Canteen | 3298226 | | CJ | ~Canteen Date : 20040830 | $0.00 | $18.50 | $0.00 | $0.00 |
| 20040907 09:10 | ML - Mail | 3325054 | | CJ | ~H. O'CONNELL | $20.00 | $0.00 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3337958 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3337959 | | CJ | | $0.00 | $0.00 | $0.88 | $0.00 |
| 20040913 22:30 | CN - Canteen | 3368978 | | CJ | ~Canteen Date : 20040913 | $0.00 | $18.26 | $0.00 | $0.00 |
| 20040917 10:42 | CI - Transfer from Club to Inmate A/c | 3392857 | | CJ | ~CTN CREDIT 8/30/04 ORDER~W47737 MURPHY,CONRAD PERSONAL~KCN WASH ACCOUNT - Z5 | $18.50 | $0.00 | $0.00 | $0.00 |
| 20040920 22:30 | CN - Canteen | 3397469 | | CJ | ~Canteen Date : 20040920 | $0.00 | $18.50 | $0.00 | $0.00 |
| 20040927 22:30 | CN - Canteen | 3426323 | | CJ | ~Canteen Date : 20040927 | $0.00 | $1.44 | $0.00 | $0.00 |
| 20041004 09:28 | ML - Mail | 3450474 | | CJ | ~CANNOT READ NAME | $60.00 | $0.00 | $0.00 | $0.00 |
| 20041005 12:11 | AT - Account Transfer | 3458563 | | CJ | ~FAN~W47737 MURPHY,CONRAD PERSONAL | $26.25 | $0.00 | $0.00 | $26.25 |
| 20041005 12:12 | IC - Transfer from Inmate to Club A/c | 3458564 | | CJ | ~FAN S/P~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $26.25 | $0.00 | $0.00 |
| 20041008 09:07 | ML - Mail | 3480693 | | CJ | ~LOUISE WRIGHT | $25.00 | $0.00 | $0.00 | $0.00 |
| 20041008 09:07 | MA - Maintenance and Administration | 3480694 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3503159 | | CJ | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3503160 | | CJ | | $0.00 | $0.00 | $0.86 | $0.00 |
| 20041018 22:30 | CN - Canteen | 3534120 | | CJ | ~Canteen Date : 20041018 | $0.00 | $29.74 | $0.00 | $0.00 |
| 20041025 22:30 | CN - Canteen | 3567731 | | CJ | ~Canteen Date : 20041025 | $0.00 | $29.68 | $0.00 | $0.00 |
| 20041101 22:30 | CN - Canteen | 3597498 | | CJ | ~Canteen Date : 20041101 | $0.00 | $22.67 | $0.00 | $0.00 |
| 20041104 09:07 | IC - Transfer from Inmate to Club A/c | 3617642 | | CJ | ~NOTARIZED DOCUMENT~INMATE RESTITUTION - Z42~INMATE RESTITUTION - Z42 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3648847 | | CJ | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3648848 | | CJ | | $0.00 | $0.00 | $0.92 | $0.00 |
| 20041115 22:30 | CN - Canteen | 3679988 | | CJ | ~Canteen Date : 20041115 | $0.00 | $1.35 | $0.00 | $0.00 |
| 20041124 10:32 | AT - Account Transfer | 3720194 | | CJ | ~CERTIFIED MAIL (2)~W47737 MURPHY,CONRAD PERSONAL | $11.00 | $0.00 | $0.00 | $11.00 |
| 20041124 10:33 | IC - Transfer from Inmate to Club A/c | 3720202 | | CJ | ~CERT. POSTAGE (2) PER S/P~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $11.00 | $0.00 | $0.00 |
| 20041203 15:11 | AT - Account Transfer | 3765185 | | CJ | ~FIVE BOOKS OF STAMPS~W47737 MURPHY,CONRAD PERSONAL | $18.50 | $0.00 | $0.00 | $18.50 |
| 20041203 15:12 | IC - Transfer from Inmate to Club A/c | 3765192 | | CJ | ~HEADPHONES S/P~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH | $0.00 | $29.54 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050119 08:38

| | | | | | | Page : | 3 |

| Commit# : | W47737 | | | MCI CEDAR JUNCTION | | |
|---|---|---|---|---|---|---|
| Name : | MURPHY, CONRAD, , | | | Statement From | 20040701 | |
| Inst : | MCI CEDAR JUNCTION | | | To | 20050119 | |
| Block : | BLOCK 6 | | | | | |
| Cell/Bed : | 11 /A | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ACCOUNT - Z6 | | | | |
| 20041203 15:12 | AT - Account Transfer | 3765186 | | CJ | ~HEADPHONES~W47737 MURPHY,CONRAD  PERSONAL | $29.54 | $0.00 | $0.00 | $29.54 |
| 20041206 14:35 | AT - Account Transfer | 3770475 | | CJ | ~PER SUPER'S OFFICE/WRG AMOUNT COLLECTED 11/24 PER S/P. EACH ENVELOPE COST $8.80 TO MAIL OUT, NOT $5.50~W47737 MURPHY,CONRAD  PERSONAL | $6.60 | $0.00 | $0.00 | $6.60 |
| 20041206 14:37 | IC - Transfer from Inmate to Club A/c | 3770480 | | CJ | ~PER SUPER'S OFFICE/WRG AMT COLLECTED 11/24 PER S/P. EACH ENVELOPE COST $8.80 TO MAIL OUT (CERT.MAIL) NOT $5.50~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.60 | $0.00 | $0.00 |
| 20041206 22:30 | CN - Canteen | 3772587 | | CJ | ~Canteen Date : 20041206 | $0.00 | $18.50 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3781928 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3781929 | | CJ | | $0.00 | $0.00 | $0.97 | $0.00 |
| 20041213 10:30 | CI - Transfer from Club to Inmate A/c | 3819046 | | CJ | ~REIMB. OVRCHRGE CERT.PSTG.GVN WRG AMT BY SUPER OFF. 11/24.TOLD BY MAIL OFF.CORR.AMT.WAS $8.80 EA. RET'D P/SLIPS TO TREAS.OFF.AMT.OF EACH ONLY $8.03. INMATE CREDITED .77 FOR EACH ENV($1.54 TOTAL) & RETURNED TO SAVINGS.~W47737 MURPHY,CONRAD  PERSONAL~POSTAGE - Z11 | $1.54 | $0.00 | $0.00 | $0.00 |
| 20041213 10:33 | AT - Account Transfer | 3819075 | | CJ | ~REIMB.OVRCHRG CERT.PSTG GVN WRG AMT BY SUPER OFF 11/24.TOLD BY MAIL OFF.CORR.AMT WAS $8.80 EA RET'D P/SLIPS TO TREAS.OFF.AMT OF EA ONLY $8.03 INMATE CREDITD .77 FOR EACH ENV ($1.54 TOTAL) & RETURNED TO SAVINGS~W47737 MURPHY,CONRAD  SAVINGS | $0.00 | $1.54 | $1.54 | $0.00 |
| 20050104 11:02 | AT - Account Transfer | 3924352 | | CJ | ~FIVE BOOKS OF STAMPS~W47737 MURPHY,CONRAD  PERSONAL | $18.50 | $0.00 | $0.00 | $18.50 |
| 20050110 12:22 | ML - Mail | 3954711 | | CJ | ~SETTLEMENT AND RELEASE OF CLAIM/GRIEVANCE#3350/ REIMB FOR TV REPAIR | $65.00 | $0.00 | $0.00 | $0.00 |
| 20050110 12:22 | MA - Maintenance and Administration | 3954712 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050110 12:22 | EX - External Disbursement | 3954716 | 33240 | CJ | ~TV REPAIR PER MS~AMERICAN INSTITUTIONAL | $0.00 | $65.00 | $0.00 | $0.00 |
| 20050110 22:30 | CN - Canteen | 3956889 | | CJ | ~Canteen Date : 20050110 | $0.00 | $18.50 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3983006 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3983007 | | CJ | | $0.00 | $0.00 | $0.96 | $0.00 |
| 20050118 10:17 | AT - Account Transfer | 4003425 | | CJ | ~CERTIFIED POSTAGE~W47737 MURPHY,CONRAD  PERSONAL | $4.96 | $0.00 | $0.00 | $4.96 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050119 08:38

| | | |
|---|---|---|
| Commit# : | W47737 | |
| Name : | MURPHY, CONRAD, , | |
| Inst : | MCI CEDAR JUNCTION | |
| Block : | BLOCK 6 | |
| Cell/Bed : | 11 /A | |

MCI CEDAR JUNCTION

Statement From 20040701
To 20050119

Page : 4

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050118 10:18 | IC - Transfer from Inmate to Club A/c | 4003445 | | CJ | ~CERT. POSTAGE PER S/P~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.05 | $0.00 | $0.00 |
| | | | | | | $422.95 | $423.06 | $12.65 | $227.86 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $0.00 | $350.10 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $0.00 | $350.10 | $0.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050118 11:42

| | | | | |
|---|---|---|---|---|
| Commit# : | W47737 | | MCI CEDAR JUNCTION | Page: 1 |
| Name : | MURPHY, CONRAD, , | Statement From | 20041201 | |
| Inst : | MCI CEDAR JUNCTION | To | 20050118 | |
| Block : | BLOCK 6 | | | |
| Cell/Bed : | 11 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $1,200.42 | $1,200.33 | $748.57 | $323.84 |
| 20041203 15:11 | AT - Account Transfer | 3765185 | | CJ | ~FIVE BOOKS OF STAMPS~W47737 MURPHY,CONRAD PERSONAL | $18.50 | $0.00 | $0.00 | $18.50 |
| 20041203 15:12 | IC - Transfer from Inmate to Club A/c | 3765192 | | CJ | ~HEADPHONES S/P~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $29.54 | $0.00 | $0.00 |
| 20041203 15:12 | AT - Account Transfer | 3765186 | | CJ | ~HEADPHONES~W47737 MURPHY,CONRAD PERSONAL | $29.54 | $0.00 | $0.00 | $29.54 |
| 20041206 14:35 | AT - Account Transfer | 3770475 | | CJ | ~PER SUPER'S OFFICE/WRG AMOUNT COLLECTED 11/24 PER S/P. EACH ENVELOPE COST $8.80 TO MAIL OUT, NOT $5.50~W47737 MURPHY,CONRAD PERSONAL | $6.60 | $0.00 | $0.00 | $6.60 |
| 20041206 14:37 | IC - Transfer from Inmate to Club A/c | 3770480 | | CJ | ~PER SUPER'S OFFICE/WRG AMT COLLECTED 11/24 PER S/P. EACH ENVELOPE COST $8.80 TO MAIL OUT (CERT.MAIL) NOT $5.50~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.60 | $0.00 | $0.00 |
| 20041206 22:30 | CN - Canteen | 3772587 | | CJ | ~Canteen Date : 20041206 | $0.00 | $18.50 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3781928 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3781929 | | CJ | | $0.00 | $0.00 | $0.97 | $0.00 |
| 20041213 10:30 | CI - Transfer from Club to Inmate A/c | 3819046 | | CJ | ~REIMB. OVRCHRGE CERT.PSTG.GVN WRG AMT BY SUPER OFF. 11/24.TOLD BY MAIL OFF.CORR.AMT.WAS $8.80 EA. RET'D P/SLIPS TO TREAS.OFF.AMT.OF EACH ONLY $8.03. INMATE CREDITED .77 FOR EACH ENV($1.54 TOTAL) & RETURNED TO SAVINGS.~W47737 MURPHY,CONRAD PERSONAL~POSTAGE - Z11 | $1.54 | $0.00 | $0.00 | $0.00 |
| 20041213 10:33 | AT - Account Transfer | 3819075 | | CJ | ~REIMB.OVRCHRG CERT.PSTG GVN WRG AMT BY SUPER OFF 11/24.TOLD BY MAIL OFF.CORR.AMT WAS $8.80 EA RET'D P/SLIPS TO TREAS.OFF.AMT OF EA ONLY $8.03 INMATE CREDITD .77 FOR EACH ENV ($1.54 TOTAL) & RETURNED TO SAVINGS~W47737 MURPHY,CONRAD SAVINGS | $0.00 | $1.54 | $1.54 | $0.00 |
| 20050104 11:02 | AT - Account Transfer | 3924352 | | CJ | ~FIVE BOOKS OF STAMPS~W47737 MURPHY,CONRAD PERSONAL | $18.50 | $0.00 | $0.00 | $18.50 |
| 20050110 12:22 | ML - Mail | 3954711 | | CJ | ~SETTLEMENT AND RELEASE OF CLAIM/GRIEVANCE#3350/ REIMB FOR TV REPAIR | $65.00 | $0.00 | $0.00 | $0.00 |
| 20050110 12:22 | MA - Maintenance and Administration | 3954712 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050110 12:22 | EX - External Disbursement | 3954716 | 33240 | CJ | ~TV REPAIR PER MS~AMERICAN INSTITUTIONAL | $0.00 | $65.00 | $0.00 | $0.00 |
| 20050110 22:30 | CN - Canteen | 3956889 | | CJ | ~Canteen Date : 20050110 | $0.00 | $18.50 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050118 11:42

| Commit# : | W47737 | | MCI CEDAR JUNCTION | | Page : 2 |
| --- | --- | --- | --- | --- | --- |
| Name : | MURPHY, CONRAD, , | | Statement From | 20041201 | |
| Inst : | MCI CEDAR JUNCTION | | To | 20050118 | |
| Block : | BLOCK 6 | | | | |
| Cell/Bed : | 11 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20050113 17:06 | IS - Interest | 3983006 | | CJ | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3983007 | | CJ | | $0.00 | $0.00 | $0.96 | $0.00 |
| 20050118 10:17 | AT - Account Transfer | 4003425 | | CJ | ~CERTIFIED POSTAGE~W47737 MURPHY,CONRAD  PERSONAL | $4.96 | $0.00 | $0.00 | $4.96 |
| 20050118 10:18 | IC - Transfer from Inmate to Club A/c | 4003445 | | CJ | ~CERT. POSTAGE PER S/P~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.05 | $0.00 | $0.00 |
| | | | | | | $144.64 | $144.73 | $3.47 | $78.10 |

|  | Personal | Savings |
| --- | --- | --- |
| Balance as of ending date : | $0.00 | $350.10 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
| --- | --- | --- | --- | --- | --- |
| $0.00 | $350.10 | $0.00 | $0.00 | $0.00 | $0.00 |

MASS. CORR. INST. WALPOLE
P.O. BOX 100
SOUTH WALPOLE, MA 02071