COMMONWEALTH OF MASSACHUSETTS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* FORWARD TO \*
\* JUDGES CHAMBERS \*

FILED
IN CLERKS OFFICE
2005 FEB -2 A 3:19
U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-12724-JLT

---

CONRAD V. MURPHY
    PLAINTIFF,

vs.

UNITED STATES, et al.,
    DEFENDANTS.

PLAINTIFF'S MOTION FOR
MANDATORY EXPEDITED RESOLVEMENT
OF IN FORMA PAUPERIS PROCEEDINGS

---

Pursuant to Fed. R. Civ. P. Rule 5(e), plaintiff motions this Honorable Court for the "Mandatory Expedited Resolvement" of the entitled Civil Action. As grounds therefor, the plaintiff states the following:

1. Plaintiff <u>still continues to suffer</u> "<u>irreparable harm</u>", pursuant to Order To Show Cause And Mandatory Permanent Restraining Order filed in company with Complaint, dated 11/3/2004.

2. Pursuant to Plaintiff's Memorandum And Affidavit in Support of Application to Proceed in Forma Pauperis, Supporting Documentation and Order, With Exhibits in Support.

    **WHEREFORE**, the plaintiff, Conrad V. Murphy, requests that this Honorable Court **grant** his Motion For Mandatory Expedited Resolvement.

Sent By Certified U.S. Mail
\# 7004 1160 0001 4840 6828

_1_/_18_/2005

See 1 Barron & Holtzoff, Federal Practice & Procedure 760-61 (Wright ed. 1960).

Respectfully Submitted,

*Conrad V. Murphy*

CONRAD V. MURPHY, W-47737
<u>PRO SE</u> LITIGANT
MCI CEDAR JUNCTION
P.O. BOX 100
SO. WALPOLE, MA 02071