U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Conrad V. Murphy | 04-12724-JLT |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Kathleen M. Dennehy, Comm., et al. | Civil Action Case |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ Joseph D. Cummings, (D.O.C.)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** MCI Cedar Junction, P.O. Box 100, So. Walpole, MA 02071-0100

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Conrad V. Murphy, W-47737
MCI Cedar Junction
P.O. Box 100
So. Walpole, MA 02071-0100

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
Conrad V. Murphy
☐ PLAINTIFF
☒ DEFENDANT
TELEPHONE NUMBER: N/A
DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 6/6/05 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 6/8/05   Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 67.50 | | | 67.50 | | |

REMARKS:

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

CONRAD V. MURPHY,
    Plaintiff,

V.

**SUMMONS IN A CIVIL CASE**

KATHLEEN M. DENNEHY,
DAVID NOLAN, JOSEPH D. CUMMINGS,
KEVEN M. OHEARN, MIKE DINAPOLI,
ANN MARIE AUCION, FRAN BERGHAUS,
and MICHAEL H. SHEEHAN,
    Defendants

CASE NUMBER: 04-12724-JLT

TO: (Name and address of Defendant)

JOSEPH D. CUMMINGS

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sarah Allison Thornton            April 22, 2005
CLERK                                  DATE

(By) DEPUTY CLERK