UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.  04-12724-JLT

CONRAD MURPHY,

    Plaintiff,

v.

KATHLEEN M. DENNEHY, *et al.*,

    Defendants.

## APPEARANCE

Without waiving service of process or any defenses related thereto, the undersigned counsel hereby enters her appearance on behalf of defendants Kathleen M. Dennehy, David Nolan, Mike Dinapoli, Ann Marie Aucoin, Joseph D. Cummings, Fran Berghaus, Keven [sic] O'Hearn, and Michael Sheehan.

Dated:  June 28, 2005

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

    /s/ Wendy C. Weber
Wendy C. Weber, Counsel
BBO No. 633950
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300 x189

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon the plaintiff appearing *pro se* by first class mail.

Date:  June 28, 2005

    /s/ Wendy C. Weber
Wendy C. Weber, Counsel