United States District Court
District of Massachusetts (Boston)
CIVIL DOCKET FOR CASE #: 1:00-cv-11322-RBC

Traylor v. Pepe, et al                          Date Filed: 06/29/2000
Assigned to: Magistrate Judge Robert B. Collings  Jury Demand: Both
Demand: $0                                      Nature of Suit: 550 Prisoner: Civil
Cause: 42:1983 Prisoner Civil Rights            Rights
                                                Jurisdiction: Federal Question

**Plaintiff**
**Napier D. Traylor**                represented by **Napier D. Traylor**
                                                    Souza-Baranowski Correctional Center
                                                    One Harvard Road
                                                    P.O. Box 8000
                                                    Shirley, MA 01464-8000
                                                    PRO SE

V.
**Defendant**
**Peter Pepe**                       represented by **Stephen G. Dietrick**
                                                    MA Department of Correction
                                                    Legal Division
                                                    70 Franklin Street
                                                    Suite 600
                                                    Boston, MA 02110
                                                    617-727-3300
                                                    Fax: 617-727-7403
                                                    Email: sgdietrick@doc.state.ma.us
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**
**Unidentified C.O. David**          represented by **Stephen G. Dietrick**
*TERMINATED: 07/16/2002*                            (See above for address)
                                                    *TERMINATED: 07/16/2002*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**
**Unidentified C.O. Reponsed**       represented by **Stephen G. Dietrick**
*TERMINATED: 07/16/2002*                            (See above for address)
                                                    *TERMINATED: 07/16/2002*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

EXHIBIT
A

| | | |
|---|---|---|
| **Correctional Officer Hebner**<br>*TERMINATED: 07/16/2002* | represented by | **Stephen G. Dietrick**<br>(See above for address)<br>*TERMINATED: 07/16/2002*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Robert Tarantino** | represented by | **Stephen G. Dietrick**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Lynn Lydstone** | represented by | **Bruce R. Henry**<br>Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA 02210<br>617-439-7500<br>Fax: 617-342-4851<br>Email: alitchfield@morrisonmahoney.com<br>*TERMINATED: 02/24/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Charles M. Urso**<br>Morrison, Mahoney, & Miller LLP<br>250 Summer Street<br>Boston, MA 02210-1181<br>617-439-7547<br>Fax: 617-439-7590<br>Email: curso@morrisonmahoney.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Geoffrey M. Coan**<br>Wilson, Elser, Moskowitz, Edelman & Dicker<br>155 Federal Street<br>5th Floor<br>Boston, MA 02110<br>617-422-5300<br>Fax: 617-423-6917<br>Email: coang@wemed.com<br>*TERMINATED: 08/01/2001*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Michael Maloney** | represented by | **Stephen G. Dietrick** |

|                                                           |                |                                                                                                               |
|-----------------------------------------------------------|----------------|---------------------------------------------------------------------------------------------------------------|
|                                                           |                | (See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*                                        |
| **Defendant**<br>Peter Pepe<br>*Superintendent of MCI-Cedar Junction* | represented by | Stephen G. Dietrick<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*              |
| **Defendant**<br>Jane Perlov<br>*Secretary of Public Safety*<br>*TERMINATED: 07/19/2002* | represented by | Stephen G. Dietrick<br>(See above for address)<br>*TERMINATED: 07/19/2002*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>Lynn Lydstone                            |                |                                                                                                               |
| **Interested Party**<br>Conrad V. Murphy                  |                |                                                                                                               |
| **Defendant**<br>Kathleen M. Dennehy                      |                |                                                                                                               |
| **Defendant**<br>Gary S. Hebda                            |                |                                                                                                               |
| **Defendant**<br>Robert Tarantino                         |                |                                                                                                               |
| **Defendant**<br>James Willette                           |                |                                                                                                               |
| **Defendant**<br>Adian Webb-Johnson                       |                |                                                                                                               |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/29/2000 | 1 | Application/petition by Napier D. Traylor to proceed without prepayment of fees (in forma pauperis) . filed. (scj) (Entered: 07/06/2000) |
| 08/15/2000 | 2 | Judge Mark L. Wolf . Order entered granting [1-1] motion to proceed without prepayment of fees (in forma pauperis). It is further ordered that the clerk issue summons and the US marshal serve the complaint with a copy of this order upon the defendants at the directions of the plaintiff. cc/pla [EOD Date 8/16/00] (scj) (Entered: 08/16/2000) |
|  |  |  |

| | | |
|---|---|---|
| 08/15/2000 | 4 | Complaint filed in accordance with order no. 2. Case assigned to Judge: Wolf. . Fee Status: Waived (scj) (Entered: 08/16/2000) |
| 08/15/2000 | 5 | Affidavit of Napier D. Traylor of Napier D. Traylor re: [4-1] complaint . filed. (scj) (Entered: 08/16/2000) |
| 08/16/2000 | 3 | Notice for payment of prisoner filing fee issued to the Treasurer at MCI Cedar Junction . cc/pla, accounting and MCI Cedar Junction (scj) (Entered: 08/16/2000) |
| 10/25/2000 | 6 | Letter to clerk from Mr. Richard Cepulonis of MCI Cedar Junction requesting thata the docket sheet be mailed to him, FILED. (ktb) (Entered: 10/30/2000) |
| 11/02/2000 | | Judge Mark L. Wolf . Endorsed Order entered granting [8-1] motion to extend time to 11/30/00 to respond to the complaint cc/cl.. [EOD Date 11/9/00] (ktb) (Entered: 11/09/2000) |
| 11/03/2000 | | Judge Mark L. Wolf . Endorsed Order entered granting [9-1] motion for exemption from LR 7.1. cc/cl. [EOD Date 11/9/00] (ktb) (Entered: 11/09/2000) |
| 11/06/2000 | 7 | Notice of appearance of attorney for Peter Pepe, David, Reponsed, Hebner, Robert Tarantine by Stephen G. Dietrick, filed. (fmr) (Entered: 11/07/2000) |
| 11/06/2000 | 8 | Motion by Peter Pepe, David, Reponsed, Hebner, Robert Tarantine to extend time to 11/30/00 to repsond to the complaint , filed. Referred to Judge Mark L. Wolf (fmr) (Entered: 11/07/2000) |
| 11/06/2000 | 9 | Motion by Peter Pepe, David, Reponsed, Hebner, Robert Tarantine for exemption from LR 7.1 , filed. Referred to Judge Mark L. Wolf (fmr) (Entered: 11/07/2000) |
| 12/01/2000 | 10 | Motion by Peter Pepe, David, Reponsed, Hebner, Robert Tarantine for a more definite statement , filed, c/s. (ktb) (Entered: 12/01/2000) |
| 12/22/2000 | 11 | Motion by Lynn Lydstone to dismiss complaint , filed, c/s. (ktb) (Entered: 12/26/2000) |
| 01/16/2001 | 12 | Judge Mark L. Wolf . Order entered denying [10-1] motion for a more definite statement. Defts shall, by 2/23/01, respond to pltf's three filings as though they were a single, intergrated complaint. This order is without prejudice to the right of those named as defts to move to dismiss for lack of service, among other things. cc/cl. [EOD Date 1/16/01] (ktb) (Entered: 01/16/2001) |
| 01/30/2001 | 13 | Letter by Napier D. Traylor to: Judge Wolf, filed. (ktb) (Entered: 02/01/2001) |
| 02/20/2001 | 14 | Judge Mark L. Wolf . Order entered . [EOD Date 2/21/01] "...by 3/9/01, the deft Peter Peper shall inform the court whether: pltf's allegations have been investigated; there is any evidence that plaintiff has been threatened or beaten and whtat action, if any, he intends to take concerning Traylor's |

| | | |
|---|---|---|
| | | request for a transfer." cc: all counsel of record. (eaf) (Entered: 02/21/2001) |
| 02/23/2001 | 15 | Motion by Peter Pepe, David, Reponsed, Hebner, Robert Tarantine, Lynn Lydstone to extend time to 3/2/01 to respond to pltf's complaint, filed, c/s. (ktb) (Entered: 02/26/2001) |
| 02/28/2001 | | Judge Mark L. Wolf. Endorsed Order entered granting [15-1] motion to extend time to 3/2/01 to respond to pltf's complaint cc/cl. [EOD Date 3/1/01] (ktb) (Entered: 03/01/2001) |
| 03/08/2001 | 17 | Answer by Peter Pepe, Robert Tarantine, Michael Maloney, Peter Pepe to complaint; jury demand, filed. (ktb) (Entered: 03/13/2001) |
| 03/09/2001 | 16 | Letter by Napier D. Traylor dated: 3/9/01 to Judge Wolf with attached letters to Superintentdent Peter A. Pepe, Jr. FILED. (ktb) (Entered: 03/12/2001) |
| 03/10/2001 | 19 | Letter by Napier D. Traylor dated: 3/7/01 filed. (ktb) (Entered: 03/16/2001) |
| 03/13/2001 | 18 | Letter by Stephen Dietrick dated: 3/9/01 to: Judge Wolf in response to the 2/20/01 Order, FILED. (ktb) (Entered: 03/13/2001) |
| 03/21/2001 | 20 | Pltf's Request (non motion) prod of docs filed. (eaf) (Entered: 03/21/2001) |
| 03/21/2001 | 21 | Pltf's Request (non motion) answers to interrogatories filed. (eaf) (Entered: 03/21/2001) |
| 04/19/2001 | 22 | Judge Mark L. Wolf. Order entered. On March 9, 2001, pltf filed a motion for divorce. This court does not have jurisdiction, pursuant to Ankenbarandt v. Richards, 504 U.S 689 (1992), to issue divorce and alimony decrees or child divorce (docket 16) is hereby Denied. CC/CL. [EOD Date 4/25/01] (ktb) (Entered: 04/25/2001) |
| 06/08/2001 | 23 | Motion by Napier D. Traylor to compel discovery, filed, c/s. (with pltf's first request for production of docs) (ktb) (Entered: 06/11/2001) |
| 06/18/2001 | 24 | Response by Peter Pepe, David, Reponsed, Hebner, Robert Tarantino, Lynn Lydstone, Michael Maloney, Peter Pepe, Jane Perlov in opposition to [23-1] motion to compel discovery, filed, c/s. (ktb) (Entered: 06/18/2001) |
| 06/21/2001 | 25 | Wolf, DJ Order entered. Parties to report by July 13, 2001 re consent to proceed before C.M.J. Robert B. Collings. Any failure to respond by the foregoing date will be deemed a consent. (ktb) (Entered: 06/29/2001) |
| 06/21/2001 | | Judge Mark L. Wolf. Endorsed Order entered denying [23-1] motion to compel discovery. "Denied, without prejudice to resubmission after pltf provides the automatic discovery required by L.R. 26.2. In addition, the parties shall each submit proposed schedules for the case by July 31, 2001." cc/cl. [EOD Date 7/2/01] (ktb) (Entered: 07/02/2001) |
| 07/03/2001 | 26 | Consent to trial by Magistrate by Napier D. Traylor, filed. (ktb) (Entered: |

| | | 07/05/2001) |
|---|---|---|
| 07/23/2001 | 27 | Judge Mark L. Wolf. Order entered. case is hereby REASSIGNED to Chief Magistrate Judge Collings for all purposes. cc/cl. [EOD Date 7/24/01] (ktb) (Entered: 07/24/2001) |
| 07/24/2001 | 28 | Notice of case assignment. Case reassigned from Judge Wolf to Mag. Judge Robert B. Collings . (ktb) (Entered: 07/24/2001) |
| 07/30/2001 | | Mag. Judge Robert B. Collings . Endorsed Order entered granting [11-1] motion to dismiss complaint. "Allowed, no opposition having been filed and the court being unable to discern any claims stated against deft Lydstone any in the complaint. [EOD Date 7/31/01] (ktb) (Entered: 07/31/2001) |
| 08/07/2001 | 29 | Motion by Lynn Lydstone for a separate and final judgment , filed, c/s. (ktb) (Entered: 08/07/2001) |
| 08/14/2001 | 30 | Mag. Judge Robert B. Collings . Scheduling Order entered setting automatic discovery by 9/14/01; written discovery by 10/15/01; expert discovery served by 12/21/01, completed by 1/31/02; defendant's motion for summary judgment by 2/22/02; defendant's motion for summary judgment by 2/29/02; reply memorandums by 4/12/02. [EOD Date 8/15/01] (mr) (Entered: 08/15/2001) |
| 08/17/2001 | 31 | Response by Napier D. Traylor in opposition to [29-1] motion for a separate and final judgment , filed. (kf) (Entered: 08/22/2001) |
| 08/17/2001 | 32 | Motion by Napier D. Traylor for relief from judgment , filed. c/s (kf) (Entered: 08/22/2001) |
| 08/28/2001 | 33 | Motion by Napier D. Traylor to amend [4-1] complaint , filed. (kf) (Entered: 09/13/2001) |
| 09/13/2001 | 34 | Mag. Judge Robert B. Collings . Procedural Order entered re: Any opposition/response to the motion for leave to amend filed by the plaintiff on August 28, 2001 must be filed and served on or before the close of business on Friday, September 21, 2001. [EOD Date 9/14/01] cc/cl (kf) (Entered: 09/14/2001) |
| 09/24/2001 | 35 | Response by Lynn Lydstone in opposition to [33-1] motion to amend [4-1] complaint, filed, c/s. (ktb) (Entered: 09/24/2001) |
| 10/15/2001 | | Mag. Judge Robert B. Collings . Endorsed Order entered denying [29-1] motion for a separate and final judgment . [EOD Date 10/16/01] (kf) (Entered: 10/16/2001) |
| 10/15/2001 | | Mag. Judge Robert B. Collings . Endorsed Order entered denying [32-1] motion for relief from judgment . [EOD Date 10/16/01] (kf) (Entered: 10/16/2001) |
| 10/15/2001 | | Mag. Judge Robert B. Collings . Endorsement re: [33-1] motion to amend [4-1] complaint. "See order enterd this date." cc/cl (kf) (Entered: 10/16/2001) |

madei - Docket Report                                                                 Page 7 of 16

| Date | No. | Entry |
|---|---|---|
| 10/15/2001 | 36 | Mag. Judge Robert B. Collings . Memorandum and Order entered. granting [33-1] motion to amend [4-1] complaint [EOD Date 10/16/01] cc/cl (kf) (Entered: 10/16/2001) |
| 10/15/2001 | 37 | Amended complaint by Napier D. Traylor filed. . Amended complaint amends [4-1] complaint. (kf) (Entered: 10/16/2001) |
| 10/25/2001 | 38 | Affidavit of Napier D. Traylor, FILED. (ktb) (Entered: 10/29/2001) |
| 12/04/2001 | 39 | Answer by Lynn Lydstone to amended complaint, filed.; jury demand FILED, c/s. (ktb) (Entered: 12/05/2001) |
| 01/10/2002 | 40 | Motion by Napier D. Traylor for leave for discovery , filed. c/s (kf) (Entered: 01/14/2002) |
| 01/10/2002 | 41 | Certificate of Consultation re: [40-1] motion for leave for discovery , filed. c/s (kf) (Entered: 01/14/2002) |
| 01/14/2002 |  | Mag. Judge Robert B. Collings . Endorsed Order entered denying [40-1] motion for leave for discovery. "DENIED. Pursuant to the Scheduling Order, written discovery had to be served by 10/10/01." [EOD Date 1/15/02] (kf) (Entered: 01/15/2002) |
| 01/23/2002 | 42 | Motion by Napier D. Traylor to extend time to conduct discovery , filed. (kf) Modified on 01/25/2002 (Entered: 01/25/2002) |
| 02/12/2002 | 43 | Mag. Judge Robert B. Collings. Second Scheduling Order entered. [EOD Date 2/13/02] cc/cl (kf) (Entered: 02/13/2002) |
| 02/12/2002 |  | Mag. Judge Robert B. Collings . Endorsed Order entered granting [42-1] motion to extend time to conduct discovery "Allowed to the extent provided in the second scheduling order entered this date, otherwise, denied." [EOD Date 2/13/02] cc/cl (kf) (Entered: 02/13/2002) |
| 02/20/2002 | 44 | Motion by Napier D. Traylor for appointment of counsel , filed. (kf) (Entered: 02/22/2002) |
| 02/20/2002 | 45 | Memorandum of law by Napier D. Traylor re: in support of motion for appointment of counsel, filed. (kf) (Entered: 02/22/2002) |
| 02/20/2002 | 46 | Letter by Napier D. Traylor dated: 2/18/02 to: clerk filed. (kf) (Entered: 02/22/2002) |
| 02/20/2002 | 47 | Letter by Napier D. Traylor dated: 2/18/02 to: M.J. Collings filed. (kf) (Entered: 02/22/2002) |
| 02/20/2002 | 48 | Certificate of service by Napier D. Traylor re: [40-1] motion for leave for discovery , filed. (kf) (Entered: 02/22/2002) |
| 02/20/2002 | 51 | Interrogatories of defendant Lynn Lydstone filed by plaintiff. (kf) (Entered: 02/26/2002) |
| 02/20/2002 | 52 | Interrogatories of defendant Peter Pepe filed by plaintiff. (kf) (Entered: 02/26/2002) |
| 02/20/2002 | 53 | Interrogatories of defendant Robert Tarantino filed by plaintiff. (kf) |

| | | |
|---|---|---|
| | | (Entered: 02/26/2002) |
| 02/20/2002 | 54 | Request (non motion) for admissions filed by plaintiff. (kf) (Entered: 02/26/2002) |
| 02/20/2002 | 55 | Interrogatories of defendant Michael T. Maloney the commissioner of Massachusetts Department of Correction filed by plaintiff. (kf) (Entered: 02/26/2002) |
| 02/20/2002 | 56 | Interrogatories of defendant James Willette filed by plaintiff. (kf) (Entered: 02/26/2002) |
| 02/20/2002 | 57 | Interrogatories of defendant Adrian Webb-Johnson filed by plaintiff. (kf) (Entered: 02/26/2002) |
| 02/20/2002 | 58 | Interrogatories of defendant Kathleen M. Dennehy acting Deputy Commissioner filed by plaintiff. (kf) (Entered: 02/26/2002) |
| 02/20/2002 | 59 | Request (non motion) for admissions filed by plaintiff. (kf) (Entered: 02/26/2002) |
| 02/25/2002 | 49 | Mag. Judge Robert B. Collings. Order entered. "...The plaintiff has filed requests for admissions and interrogatories directed to various defendants in this case. The Clerk is directed to docket the filings..." [EOD Date 2/26/02] cc/cl (kf) (Entered: 02/26/2002) |
| 02/25/2002 | 50 | Request (non motion) for admissions by plaintiff, filed. (kf) (Entered: 02/26/2002) |
| 04/03/2002 | 60 | Motion by Peter Pepe, David, Reponsed, Hebner, Robert Tarantino, Lynn Lydstone, Michael Maloney, Peter Pepe, Jane Perlov to extend time to May 15, 2002 to respond to pltf's ints , filed, c/s. (ktb) (Entered: 04/10/2002) |
| 04/17/2002 | 61 | Letter by Napier D. Traylor to: Magistrate Judge Collings filed. (kf) (Entered: 04/23/2002) |
| 04/23/2002 | 62 | Motion by Napier D. Traylor to compel discovery , filed. c/s (kf) (Entered: 04/23/2002) |
| 04/23/2002 | 63 | Motion by Napier D. Traylor for entry of default , filed. c/s (kf) (Entered: 04/23/2002) |
| 04/25/2002 | | Mag. Judge Robert B. Collings . Endorsed Order entered denying [62-1] motion to compel discovery . [EOD Date 4/26/02] Notice sent to counsel. (kf) (Entered: 04/26/2002) |
| 04/25/2002 | | Mag. Judge Robert B. Collings . Endorsed Order entered denying [63-1] motion for entry of default . [EOD Date 4/26/02] Notice sent to counsel. (kf) (Entered: 04/26/2002) |
| 04/25/2002 | | Mag. Judge Robert B. Collings . Endorsed Order entered granting [60-1] motion to extend time to May 15, 2002 to respond to pltf's interrogatories and request for admission. [EOD Date 4/30/02] (ktb) (Entered: 04/30/2002) |

| Date | # | Description |
|---|---|---|
| 05/16/2002 | | Mag. Judge Robert B. Collings . Endorsed Order entered denying [44-1] motion for appointment of counsel . [EOD Date 5/17/02] Notice sent to counsel. (kf) (Entered: 05/17/2002) |
| 06/07/2002 | 64 | Motion by Napier D. Traylor to amend [4-1] complaint , filed. c/s (kf) (Entered: 06/11/2002) |
| 06/07/2002 | 65 | Motion by Napier D. Traylor for service by certified mail , filed. c/s (kf) (Entered: 06/11/2002) |
| 06/07/2002 | 66 | Memorandum of law by Napier D. Traylor re: in support of motion for appointment of counsel, filed. c/s (kf) (Entered: 06/11/2002) |
| 07/01/2002 | 67 | Motion by Napier D. Traylor for entry of default as to Peter Pepe et al , filed. (ktb) (Entered: 07/08/2002) |
| 07/01/2002 | 68 | Motion by Napier D. Traylor to compel discovery , filed, c/s. (ktb) (Entered: 07/08/2002) |
| 07/01/2002 | 69 | Copy of Letter by Napier D. Traylor dated: 6/1/02 to: Ms. Lynn Lydstone re production of documents, filed. (ktb) (Entered: 07/08/2002) |
| 07/02/2002 | 70 | Amended complaint by Napier D. Traylor filed. (Answer due 7/12/02 for Jane Perlov, for Peter Pepe, for Michael Maloney, for Lynn Lydstone, for Robert Tarantino, for Hebner, for Reponsed, for David, for Peter Pepe ) . Amended complaint amends [37-1] amended complaint ; adding Kathleen M. Dennehy, Gary S. Hebda, Robert Tarantino, James Willette, Adian Webb-Johnson . (ktb) (Entered: 07/09/2002) |
| 07/08/2002 | | Mag. Judge Robert B. Collings . Endorsed Order entered granting [64-1] motion to amend [4-1] complaint. "Allowed, no opposition having been allowed." [EOD Date 7/9/02] (ktb) (Entered: 07/09/2002) |
| 07/09/2002 | | Mag. Judge Robert B. Collings . Endorsed Order entered denying [67-1] motion for entry of default as to Peter Pepe et al. "DENIED without prejudice." [EOD Date 7/19/02] (ktb) (Entered: 07/19/2002) |
| 07/16/2002 | 71 | Mag. Judge Robert B. Collings. Order of Dismissal, entered....To the extend that "David Undidentified C.O." Responded, "Unidentified C.O." "Hebner, Unidentified C.O. and "Jane Perlov, Secretary of Public Safety" were ever names as defts in this action, it is ORDERED that all claims against them be, and the same hereby are, DISMISSED. cc/cl. [EOD Date 7/17/02] (ktb) Modified on 07/19/2002 (Entered: 07/17/2002) |
| 07/19/2002 | | Attorney Bruce R. Henry unterminated. Reopened due to: clerical error. (ktb) (Entered: 07/19/2002) |
| 07/19/2002 | | Party Lynn Lydstone unterminated. Reopened due to: clerical error. (ktb) (Entered: 07/19/2002) |
| 07/19/2002 | 72 | Mag. Judge Robert B. Collings . Order entered denying [68-1] motion to compel discovery. [EOD Date 7/19/02] (ktb) (Entered: 07/19/2002) |
| 07/24/2002 | 73 | Motion by Peter Pepe, Robert Tarantino, Michael Maloney, Peter Pepe, Kathleen M. Dennehy, Gary S. Hebda, Robert Tarantino, James Willette, |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |
|------------|----|---|
|            |    | Adian Webb-Johnson, Lynn Lydstone to vacate [72-1] order , filed, c/s. (ktb) (Entered: 07/26/2002) |
| 07/29/2002 | 74 | Memorandum of law by Napier D. Traylor re: pursuant to Fed.R.Civ.P. 12(b)(6)(c) filed. (kf) (Entered: 07/31/2002) |
| 07/29/2002 | 75 | Memorandum of law by Napier D. Traylor re: in support of motion for appointment of counsel, filed. c/s (kf) (Entered: 07/31/2002) |
| 07/29/2002 | 76 | Letter by Napier D. Traylor dated: July 28, 2002 to: Clerk filed. (kf) (Entered: 07/31/2002) |
| 07/31/2002 |    | Mag. Judge Robert B. Collings . Endorsed Order entered denying [76-1] letter motion for appointment of counsel. [EOD Date 8/6/02] Notice sent to counsel. (kf) (Entered: 08/06/2002) |
| 07/31/2002 | 77 | Mag. Judge Robert B. Collings . Memorandum and Order entered. "...Accordingly, counsel for the Department of Corrections is ORDERED to file and serve, on or before the close of business on Wednesday, August 14, 2002, a pleading setting forth the means by which prisoners engaged in pro se litigation and the plaintiff who is litigating the instant pro se in particular are able to make sufficient copies of their pleadings so as to be able to serve copies on opposing counsel." [EOD Date 8/6/02] cc/cl (kf) Modified on 08/06/2002 (Entered: 08/06/2002) |
| 08/06/2002 | 78 | Letter by Stephen G. Dietrick dated: August 6, 2002 to: Clerk re: Exhibit B filed. (kf) (Entered: 08/08/2002) |
| 08/09/2002 | 79 | Motion in letter form by: Napier Traylor dated: August 8, 2002 for appointment of counsel , filed. (kf) (Entered: 08/14/2002) |
| 08/16/2002 | 80 | Motion by Napier D. Traylor, Robert Tarantino, Lynn Lydstone, Michael Maloney, Peter Pepe, Kathleen M. Dennehy, Gary S. Hebda, Robert Tarantino, James Willette, Adian Webb-Johnson, Lynn Lydstone for leave to file one day late their response to the Court's 7/31/02 Memorandum and Order , FILED, c/s. filed. (ktb) (Entered: 08/20/2002) |
| 08/16/2002 | 81 | Reply/response by Peter Pepe, Robert Tarantino, Lynn Lydstone, Michael Maloney, Peter Pepe, Adian Webb-Johnson, Lynn Lydstone to [77-1] memorandum order , filed. (ktb) (Entered: 08/20/2002) |
| 08/21/2002 |    | Mag. Judge Robert B. Collings . Endorsed Order entered granting [80-1] motion for leave to file one day late their response to the Court's 7/31/02 Memorandum and Order . [EOD Date 8/28/02] (kf) (Entered: 08/28/2002) |
| 08/21/2002 |    | Mag. Judge Robert B. Collings . Endorsed Order entered granting [73-1] motion to vacate order on motion to compel discovery. "Allowed, no opposition having been filed." [EOD Date 8/28/02] (kf) (Entered: 08/28/2002) |
| 08/22/2002 | 82 | Mag. Judge Robert B. Collings . Order to Show Cause entered. "...Accordingly, the plaintiff is ORDERED to show cause, in writing, on or before the close of business on Friday, September 6, 2002, why the |

| | | |
|---|---|---|
| | | Court should not find a violation of Rule 11(b)(3), Fed.R.Civ.P., and impose sanctions against the plaintiff for the violation." [EOD Date 8/28/02] cc/cl (kf) (Entered: 08/28/2002) |
| 08/28/2002 | 83 | Motion by Lynn Lydstone to vacate [72-1] order of July 19, 2002 , filed. c/s (kf) (Entered: 09/05/2002) |
| 08/28/2002 | 84 | Affidavit of Bruce R. Henry , re: [83-1] motion to vacate [72-1] order of July 19, 2002 , filed. (kf) (Entered: 09/05/2002) |
| 08/30/2002 | 85 | Motion by Napier D. Traylor to waive summons and comlaint on defendants by certified mail and request to serve by regular first class or institutional mail , filed. (kf) (Entered: 09/10/2002) |
| 08/30/2002 | 86 | Motion by Napier D. Traylor for summary judgment , filed. (kf) (Entered: 09/11/2002) |
| 08/30/2002 | 87 | Letter by Napier D. Traylor dated: 8/15/02 to: Judge Collings re: in opposition to motion for summary judgment filed. (kf) (Entered: 09/11/2002) |
| 09/06/2002 | | Mag. Judge Robert B. Collings . Endorsed Order entered granting [83-1] motion to vacate [72-1] order of July 19, 2002 . [EOD Date 9/10/02] Notice sent to counsel. (kf) (Entered: 09/10/2002) |
| 09/10/2002 | 89 | Proposed voir dire questions by Napier D. Traylor , filed. (kf) (Entered: 12/13/2002) |
| 09/10/2002 | 90 | Affidavit of Napier D. Traylor, filed. (kf) (Entered: 12/13/2002) |
| 09/10/2002 | 91 | Motion by Napier D. Traylor for civil trial , filed. (kf) (Entered: 12/13/2002) |
| 09/10/2002 | 92 | Motion by Napier D. Traylor for issuance of a common-law lien , filed. (kf) (Entered: 12/13/2002) |
| 09/10/2002 | 93 | Memorandum of facts by Napier D. Traylor filed. (kf) (Entered: 12/13/2002) |
| 09/10/2002 | 94 | Affidavit of Napier D. Traylor, filed. (kf) (Entered: 12/13/2002) |
| 09/10/2002 | 95 | Affidavit of Miguel Perez, filed. (kf) (Entered: 12/13/2002) |
| 09/10/2002 | 96 | Plaintiff's Addendum, filed. (kf) (Entered: 12/13/2002) |
| 10/24/2002 | 88 | Letter by Napier D. Traylor to M.J. Collings dated: October 1, 2002 filed. (kf) (Entered: 10/28/2002) |
| 12/12/2002 | | Mag. Judge Robert B. Collings . Endorsed Order entered denying [86-1] motion for summary judgment . [EOD Date 12/12/02] Notice sent to counsel. (kf) (Entered: 12/12/2002) |
| 12/12/2002 | | Mag. Judge Robert B. Collings . Endorsed Order entered denying [85-1] motion to waive summons and comlaint on defendants by certified mail and request to serve by regular first class or institutional mail . [EOD Date 12/12/02] (kf) (Entered: 12/12/2002) |

| | | |
|---|---|---|
| 12/12/2002 | | Mag. Judge Robert B. Collings . Endorsed Order entered denying [79-1] motion for appointment of counsel . [EOD Date 12/12/02] (kf) (Entered: 12/12/2002) |
| 12/12/2002 | | Mag. Judge Robert B. Collings . Endorsed Order entered denying [65-1] motion for service by certified mail . [EOD Date 12/12/02] (kf) (Entered: 12/12/2002) |
| 12/26/2002 | | Mag. Judge Robert B. Collings . Endorsed Order entered granting [91-1] motion for civil trial . [EOD Date 12/27/02] (kf) (Entered: 12/27/2002) |
| 12/26/2002 | | Mag. Judge Robert B. Collings . Endorsed Order entered denying [92-1] motion for issuance of a common-law lien . [EOD Date 12/27/02] (kf) (Entered: 12/27/2002) |
| 05/20/2003 | 97 | MEMORANDUM OF LAW by Napier D. Traylor in Support of Motion for Appointment of Counsel. (Dolan, Kathleen) (Entered: 05/27/2003) |
| 07/21/2003 | 98 | MOTION to Reopen Case by Napier D. Traylor. (Patch, Christine) (Entered: 07/24/2003) |
| 07/21/2003 | 99 | AFFIDAVIT of Napier D. Traylor, Jr. in Support re 98 MOTION to Reopen Case. (Patch, Christine) (Entered: 07/24/2003) |
| 07/21/2003 | 100 | MOTION for Summary Judgment by Napier D. Traylor.(Patch, Christine) (Entered: 07/24/2003) |
| 07/21/2003 | 101 | AFFIDAVIT of Napier Traylor in Support re 100 MOTION for Summary Judgment. (Patch, Christine) (Entered: 07/24/2003) |
| 08/13/2003 | 102 | MOTION for Extension of Time to 9/26/03 to respond to pltf's motion to reopen case and motion for summary judgment by Gary S. Hebda, Hebner, Lynn Lydstone, Michael Maloney, Peter Pepe, FILED, c/s. (Boyce, Kathy) (Entered: 08/15/2003) |
| 09/02/2003 | | Judge Robert B. Collings : ELECTRONIC ORDER entered granting 102 Motion for Extension of Time (Dolan, Kathleen) (Entered: 09/09/2003) |
| 09/26/2003 | 103 | MOTION for Extension of Time to 10/3/03 to File their opposition to pltf's motion for summary judgment, by David, Kathleen M. Dennehy, Gary S. Hebda, Lynn Lydstone, Michael Maloney, Peter Pepe, FILED, c/s.(Boyce, Kathy) (Entered: 09/30/2003) |
| 10/01/2003 | | Judge Robert B. Collings : ELECTRONIC ORDER entered granting 103 Motion for Extension of Time to File Opposition to Motion for Summary Judgment up to October 3, 2003. (Dolan, Kathleen) (Entered: 10/06/2003) |
| 10/03/2003 | 104 | MEMORANDUM in Opposition re 100 MOTION for Summary Judgment filed by Kathleen M. Dennehy, Gary S. Hebda, Lynn Lydstone, Michael Maloney, Peter Pepe, Robert Tarantino, Adian Webb-Johnson, James Willette, FILED, c/s. (Boyce, Kathy) (Entered: 10/07/2003) |
| 10/03/2003 | 105 | Defts' STATEMENT of Undisputed and Disputed Material Facts |

| | | |
|---|---|---|
| | | Pursuant to Local Rule 56.1, FILED, c/s. (Boyce, Kathy) (Entered: 10/07/2003) |
| 10/03/2003 | 106 | AFFIDAVIT of Robert Tarantino in Opposition to 101 Affidavit of Napier D. Taylor in Support of Motion for Summary Judgment, FILED, c/s. (Boyce, Kathy) (Entered: 10/07/2003) |
| 10/03/2003 | 107 | AFFIDAVIT Of James Willette in Opposition to 101 Affidavit in Support of Motion for Summary Judgment, FILED, c/s. (Boyce, Kathy) (Entered: 10/07/2003) |
| 10/03/2003 | 108 | AFFIDAVIT of Adrian Webb-Johnson in Opposition to 100 MOTION for Summary Judgment filed by Kathleen M. Dennehy, Gary S. Hebda, Lynn Lydstone, Michael Maloney, Peter Pepe, FILED, c/s. (Boyce, Kathy) (Entered: 10/07/2003) |
| 10/10/2003 | 109 | MOTION to Reopen Case, by Napier D. Traylor, FILED, cs.(Boyce, Kathy) (Entered: 10/21/2003) |
| 10/10/2003 | 110 | MEMORANDUM in Opposition to [29] Motion for Separate and Final Judgment, filed by Napier D. Traylor, c/s. (Boyce, Kathy) (Entered: 10/21/2003) |
| 10/10/2003 | 111 | AFFIDAVIT in Support of 109 MOTION to Reopen Case, FILED, c/s. (Boyce, Kathy) (Entered: 10/21/2003) |
| 10/10/2003 | 112 | Joint REPORT of Early Meeting, by Napier D. Traylor, FILED, c/s. (Boyce, Kathy) (Entered: 10/21/2003) |
| 10/10/2003 | 113 | MOTION for Oral Argument re 109 MOTION to Reopen Case by Napier D. Traylor, FILED, c/s.(Boyce, Kathy) (Entered: 10/21/2003) |
| 10/10/2003 | 114 | MOTION for issuance of a common-law lien, by Napier D. Traylor, FILED, c/s.(Boyce, Kathy) (Entered: 10/21/2003) |
| 10/10/2003 | 115 | Proposed Document(s) submitted by Napier D. Traylor received for filing. Document received: Proposed Scheduling Order. (Boyce, Kathy) (Entered: 10/21/2003) |
| 10/31/2003 | 116 | MOTION for Extension of Time to prepare for a Speedy Trial by Napier D. Traylor.(Folan, Karen) (Entered: 11/10/2003) |
| 10/31/2003 | 117 | AFFIDAVIT of Napier D. Traylor in support of his summary judgment and the burden of proof be in the plaintiff favor. (Folan, Karen) (Entered: 11/10/2003) |
| 01/06/2004 | 118 | MOTION for Extension of Time to 1/27/04 to File Response/Reply as to 100 MOTION for Summary Judgment by Napier D. Traylor, FILED, c/s. (Boyce, Kathy) (Entered: 01/06/2004) |
| 01/12/2004 | | Judge Robert B. Collings : ELECTRONIC ORDER entered granting 118 Motion for Extension of Time to File Response to Defendant's Opposition to Plaintiff's Motion for Summary Judgment up to 1/27/2004. (Dolan, Kathleen) (Entered: 01/13/2004) |

| | | |
|---|---|---|
| 02/04/2004 | 120 | MOTION for Change of Venue by Napier D. Traylor, FILED, c/s. (Boyce, Kathy) (Entered: 02/13/2004) |
| 02/04/2004 | 121 | MOTION for Partial Summary Judgment by Napier D. Traylor, FILED, c/s.(Boyce, Kathy) (Entered: 02/13/2004) |
| 02/04/2004 | 122 | MOTION of Interested Third Party to Intervene as a Representative for the Pltf, or in the alternative, for court appointed counsel, by Napier D. Traylor, FILED, c/s.(Boyce, Kathy) (Entered: 02/13/2004) |
| 02/04/2004 | 123 | AFFIDAVIT of Conrad V. Murphy in Support re 122 MOTION to Intervene filed by Conrad V. Murphy, FILED, c/s. (Boyce, Kathy) (Entered: 02/13/2004) |
| 02/04/2004 | 124 | EXHIBITS re 121 MOTION for Summary Judgment by Napier D. Traylor, FILED. (Boyce, Kathy) (Entered: 02/13/2004) |
| 02/10/2004 | 119 | NOTICE of Appearance by Charles M. Urso on behalf of Lynn Lydstone (Folan, Karen) (Entered: 02/12/2004) |
| 02/20/2004 | 125 | Opposition re 120 MOTION to Change Venue filed by Lynn Lydstone. (Folan, Karen) (Entered: 02/26/2004) |
| 02/20/2004 | 126 | Opposition re 122 MOTION to Intervene filed by Lynn Lydstone. (Folan, Karen) (Entered: 02/26/2004) |
| 02/24/2004 | | Judge Robert B. Collings : ELECTRONIC ORDER entered denying 98 Motion to Reopen Case. The case has never been closed. (Dolan, Kathleen) (Entered: 02/24/2004) |
| 02/24/2004 | | Judge Robert B. Collings : ELECTRONIC ORDER entered denying 100 Plaintiff's Motion for Summary Judgment. (Dolan, Kathleen) (Entered: 02/24/2004) |
| 02/25/2004 | 128 | Opposition to MOTION to Change Venue filed by Gary S. Hebda, Michael Maloney, Peter Pepe, Robert Tarantino, Adian Webb-Johnson, James Willette, FILED, c/s. (Boyce, Kathy) (Entered: 03/01/2004) |
| 02/25/2004 | 129 | Opposition to 122 MOTION to Intervene filed by Gary S. Hebda, Michael Maloney, Peter Pepe, Robert Tarantino, Adian Webb-Johnson, James Willette, FILED, c/s. (Boyce, Kathy) (Entered: 03/01/2004) |
| 02/25/2004 | 130 | Opposition re 121 MOTION for Summary Judgment filed by Gary S. Hebda, Michael Maloney, Peter Pepe, Robert Tarantino, Adian Webb-Johnson, James Willette, FILED, c/s. (Boyce, Kathy) (Entered: 03/01/2004) |
| 02/25/2004 | 131 | Affidavit of Gary Hebda, employee of the Mass. Department of Correction, FILED. (Boyce, Kathy) (Entered: 03/01/2004) |
| 02/26/2004 | 127 | MOTION to File Late their Oppositions to Pltf's Motion of Interested third-party to Intervene as a Representative for the Pltf by Gary S. Hebda, Michael Maloney, Peter Pepe, Robert Tarantino, Adian Webb-Johnson, James Willette, FILED, c/s.(Boyce, Kathy) (Entered: 03/01/2004) |
| | | |

| | | |
|---|---|---|
| 03/01/2004 | 132 | MOTION for Extension of Time to March 12, 2004 to file opposition to motion for summary judgment by Lynn Lydstone.(Folan, Karen) (Entered: 03/08/2004) |
| 03/03/2004 | | Judge Robert B. Collings : ELECTRONIC ORDER entered granting 127 Motion for Extension of Time to File Response/Reply. (Dolan, Kathleen) (Entered: 03/04/2004) |
| 03/12/2004 | 133 | Opposition re 121 MOTION for Summary Judgment filed by Lynn Lydstone. (Folan, Karen) (Entered: 03/16/2004) |
| 03/12/2004 | 134 | STATEMENT of Undisputed and disputed material facts in opposition to 121 MOTION for partial Summary Judgment. (Folan, Karen) (Entered: 03/16/2004) |
| 03/12/2004 | 135 | Affidavit of Lynn Lydstone. (Folan, Karen) (Entered: 03/16/2004) |
| 07/27/2004 | 136 | MOTION to Strike, with exhibits in support, Deft Lynn Lydstone's Opposition to intervence as a representative for the pltf, or in the alternativem appointment of asst. U.S. Attorney by Conrad V. Murphy, FILED, c/s.(Boyce, Kathy) (Entered: 07/28/2004) |
| 07/27/2004 | 137 | MOTION to Strike 128 Opposition to Motion by Napier D. Traylor, FILED, c/s.(Boyce, Kathy) (Entered: 07/28/2004) |
| 07/27/2004 | 138 | MOTION to Strike 126 Opposition to Motion by Napier D. Traylor, FILED, c/s.(Boyce, Kathy) (Entered: 07/28/2004) |
| 07/27/2004 | 139 | MOTION to Strike 128 Opposition to Motion by Interested Party Conrad V. Murphy, FILED, c/s.(Boyce, Kathy) (Entered: 07/28/2004) |
| 08/03/2004 | 140 | NOTICE by Lynn Lydstone *of Change of Firm Name* (Urso, Charles) (Entered: 08/03/2004) |
| 09/30/2004 | | Judge Robert B. Collings : ELECTRONIC ORDERS entered denying as Moot 109 Motion to Reopen Case; denying 113 Motion for Hearing; denying 114 Motion for Issuance of Lien; denying 116 Motion for Extension of Time; denying 120 Motion to Change Venue; denying 121 Motion for Summary Judgment; and denying 122 Motion to Intervene. (Dolan, Kathleen) (Entered: 09/30/2004) |
| 02/24/2005 | 141 | NOTICE of Withdrawal of Appearance Attorney Bruce R. Henry terminated. (Henry, Bruce) (Entered: 02/24/2005) |
| 03/29/2005 | | Judge Robert B. Collings: Electronic ORDER entered denying 136 Motion to Strike, denying 137 Motion to Strike, denying 138 Motion to Strike, denying 139 Motion to Strike (Irwin, Nancy) (Entered: 04/01/2005) |
| 03/31/2005 | | Judge Robert B. Collings: Electronic ORDER entered granting 132 Motion for Extension of Time (Irwin, Nancy) (Entered: 04/01/2005) |

madei - Docket Report                                                                 Page 16 of 16

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/27/2005 15:44:01 | | | |
| PACER Login: | md0304 | Client Code: | murphy |
| Description: | Docket Report | Search Criteria: | 1:00-cv-11322-RBC |
| Billable Pages: | 9 | Cost: | 0.72 |



THE COMMONWEALTH OF MASSACHUSETTS
THE UNITED STATES DISTRICT COURT AND THE
UNITED STATES COURT OF APPEALS
ONE COURT HOUSE WAY, SUITE 2300 and 2500
BOSTON, MA 02210

THE UNITED STATES DISTRICT COURT AND
THE UNITED STATES COURT OF APPEALS
-------------------------------------:
NAPIER TRAYLOR, PRO SE          :
       PLAINTIFF                :
                                :    CIVIL ACTION No. 00-11322-MLW
VS.                             :
                                :    MOTION OF INTERESTED THIRD PARTY TO
                                :    INTERVENE AS A REPRESENTATIVE FOR
                                :    THE PLAINTIFF, OR IN THE ALTERNATIVE,
MICHAEL T. MALONEY, et als.     :    APPOINTMENT OF ASSISTANT UNITED
       DEFENDANTS               :    STATES ATTORNEY
                                :
-------------------------------------:

Now comes an interested third party Conrad V. Murphy, and moves this Honorable Court to intervene as a party, pursuant to Fed. R. Civ. P. Rule 17 (a)(b)(c) and Rule 24 (a)(2),(b)(c), 28 U.S.C. § 542 (a).
As reasons thereof, the party states that he is entitled to intervention as a party, insomuch, the party represents the legal interest of the plaintiff. The party contends that the plaintiff has very limited knowledge of the law, thus procedural complexities of civil law are beyond the comprehention the plaintiff.
The end of justice would be best served in this case if the party be allowed to intervene to represent the plaintiff or in the alternative, appoint an assistant United States attorney to represent the plaintiff. In furtherance of establishing the party's right he relies on the attached affidavit.

## JURISDICTION

1. "Party invokes pendent jurisdiction of this Court".

2. Also bases for jurisdiction, 28 U.S.C.§1331(Federal Question), 28 U.S.C.§ 1343 (a)(1)(3)(4)(Civil Rights), 28 U.S.C.§1367(a)(Supplement Jurisdiction, also State and Federal Law), U.S.C.A. Const. Amends. 1,8,14§1, 42 U.S.C.A. §§ 1981, 1983, 1985, 1988, 28 U.S.C.A.§§2403(a) 517-18-19 (The United States to intervene as a party to defend the Constitution), 28 U.S.C.§1295(a)(3,5) (U.S. Court of Appeals Fed Circuit), U.S.C.A. Const. Art. 1,§ 9, cl. 7, in accord with, 15 U.S.C.A.§ 78ggg, in support of 31 U.S.C.A.§ 321 and St.1980, c. 257,§1 et seq. in accord with, M.G.L.A. Const. Amend. Art. 63§1 et seq. (Treasury), 28 U.S.C.§§ 2201-2 (Declartory Judgement), 26 U.S.C.§7421(a)(A- nti Injuction Act), 28 U.S.C.§1339(Postal Matters), 28 U.S.C.§542(a)(Appoi- ntment of Assistant United States Attorney), 28 U.S.C.§1357(Injuries to Plaint- iff), 28 U.S.C.§1355(a)(Enforcement), 28 U.S.C.§1404(a)(b)(c)(Change of Venue from Civil to Criminal), 28 U.S.C.A.§65lnt(Authorization of Appropriations), 28 C.F.R.§§0.95 et seq., U.S.C.A. Const. Art. 6. cl. 2(Supremacy Clause).

## FIRST CAUSE OF ACTION

The plaintiff repeats and realleges in his First Amended Verified Civil Action Complaint the allegations set out in paragraphs numbered 1 through 19, inclusive, and incorporates them herein by reference.

EXHIBIT B

(2)

SECOND CAUSE OF ACTION

The plaintiff repeats and alleges the defendants, and each of them, have by and through their acts and/or omissions, violated plaintiff's right to be free from exessive use of force and due process of law guaranteed by the First, Eight and Fourteen (Enforcement Clause) amendments to the United States Constitution.

THIRD CAUSE OF ACTION

The plaintiff repeats and realleges the defendants, and each of them, have by and through their acts and/or omissions, conspired to assult plaintiff. Violated plaintiff's State and federal rights to due process of law and to be free from the excessive use of fource and punishments guaranteed under U.S.C.A. Const. Amend. 1 and M.G.L.A. Const. pt. 1, art. 19(Due Process), U.S.C.A. Const. Amend. 8 and M.G.L.A. Const. pt. 1, Art. 26; Amned. Art. 116 (Excessive Force and Unusual Punishment); 42 U.S.C.A.§§ 1983,1985 and M.G.L.A. c. 265 § 37, U.S.C.A. Const. Amend. 14§1 (Enforcement,Color of State Law).

FOURTH CAUSE OF ACTION

The plaintiff repeats and realleges the defendants, and each of them, have by and through their acts and/or omissions, conspired to stop,steal or tamper with plaintiff's mail from reaching attorneys, courts, and other government officials, in violation of plaintiff's rights citing, 44 U.S.C. § 1507, and pursuant to 39 U.S.C.A. §§ 101-5605(Postal Reorganization Act)(PRA §§ 401(1), 409(a), 18 U.S.C. §§ 1341,1343 (Mail Fraud), 18 U.S.C.A. § 371 (Conspiracy), 18 U.S.C. § 201(a)(3)(Official Act), 39 C.F.R. §§ 111.1,111.4 (Domestic Mail Manual)(DMM §§ S010.4.2,S010.4.3), 17 U.S.C. § 1702, 28 C.F.R. §§ 540.71(a)(b) 2000(Warden was held liable for acting under a "pretext" of "security").

FIFTH CAUSE OF ACTION

The plaintiff repeats and realleges the defendants, and each of them, have by and through their acts and/or omissions, assaulted plaintiff to get the plaintiff out of the shower, and continued to assault plaintiff and obstructed plaintiff's correspondense, violated plaintiff's civil rights and caused the plaintiff physical and emotional and mental injuries. Plaintiff further alleges the defendants, and each of them, have by and through their acts and/or omissions, continue to act under color of state law.

CLAIMS FOR RELIEF

Where, plaintiff requests this Honorable Court grant the following:

A) Issue a Prospective Mandatory Declaratory Judgement, that violated the United States Constitution, State Laws, Policies, Regulations, Program Statements, Federally Protected Constitutional Rights; against the defendants, and each of them, have by and through their acts and/or omissions when they:

1) Assaulted the plaintiff;

2) Conspired to assault plaintiff and obstruct plaintiff's mail;

(3)

3) Did not remedy, review or investigate plaintiff's continuous complaints about intimidation, coercion, assault and obstruction of plaintiff's mail.

4) Violated the rights, privileges and immunities.

B) Issue a Prospective Mandatory Permanent Injunction, enjoining the defendants, their officers, agents, employees, successors and servants, and those acting in concert with the defendants, and ordering the immediate classification and transfer of plaintiff to any lower level state prison facility for the safty and security of the plaintiff, also from further assault of plaintiff and obstruction of plaintiff's mail, citing, 18 U.S.C. § 3626(b).

In addition, pursuant to the order by Wolf,D.J. from this Court dated February 20, 2001, citing, 28 U.S.C. § 1355(a).

B-1) Pursuant to Mandatory Declartory Judgement, 26 U.S.C.§7421(a) Anti-Injunction Act, does not prevent District Court from issuing a Declaratory Judgement. Where as an <u>injunction</u> might (would) moot plaintiff's request for a <u>Prospective Mandatory and Injunctive Relief</u>.

C) <u>Relief in General, and Enhanced Damages</u>, of $ 500.000.00, against the defendants in their individual, official, personal, jointly and severally capacities and entities, also citing the (Bivens) claims, Federal Tort Claims Act <u>for any Federal Official</u> that works with state officials in the Department of Corrections of Massachusetts, pursuant to 42 U.S.C.A. §§ 1983,1985 and Title VII; Massachusetts Civil Rights Act (MCRA), M.G.L.A. c. 12§§11-I statutory violation and U.S.C.A. Const. Amends. 1,8,14§1, for physical and emotional and mental injuries caused by the assult and obstruction of plaintiff's mail.

D) Grant <u>Compensatory and General, and Enhanced Damages</u> against the defendents in their individual, official, personal, jointly and severally capacities and entities, also citing the (Bivens) claims, and the Federal Torts Claims Act, <u>for any Federal official</u> thats works with state officials in the Department of Correction of Massachusetts; pursuant to 42 U.S.C.A. §§ 1983,1985 and Title VII; Massachusetts Civil Rights Act (MCRA), 231A§1 (State Declaratory Judgement), M.G.L.A. c. 12§§11-I statutory violation, also pursuant to U.S.C.A. Const. Amends. 1,8,14§1, also C.F.R.'s pertaining to said issues, judicial relief and remedial statues under the enforcement clause; 28 C.F.R. §§ 0.95 et seq., U.S.C.A. Const. Art. 6. cl. 2 (Supremacy Clause) for the following;

1) $ 500.000.00 against defendant Michael T. Maloney, previously the Commissioner for the Department of Corrections;

2) $ 500.000.00 against defendant Peter A. Pepe, Jr., previously the Superintendent at MCI Cedar Junction;

3) $ 500.000.00 against defendant Lynn Lydstone, previously a Nurse at MCI Cedar Junction;

4) $ 500.000.00 against defendant Gary Hebda, Mail Room Officer at MCI Cedar Junction;

5) $ 500.000.00 against defendant Robert Tarantino, SGT., Prison Official at MCI Cedar Junction;

## CERTIFICATE OF SERVICE

I, Conrad V. Murphy, hereby swears that a true copy of the enclosed documents;

1) Motion of Interested Third Party to Intervene as a Representative for the plaintiff, or in the Alternative, Appointment of assistant United States Attorney;

2) Affidavit of Conrad V. Murphy;

Was forwarded to the defendants counsel, at MCI Cedar Junction, in Walpole, MA, Pro Se, by Certified Mail through the Institutions Mailing Processing System.

Dated: 1 / 23 / 2004

cc: By Certified Mail
 # 7002 0510 0001 6096 1691
 John Joseph Moakley
 Clerk of Courts
 The United States District Court
 One Courthouse Way, Suite 2300
 Boston, MA 02210

 By Certified Mail
 # 7002 0510 0001 6096 1660
 Bruce R. Henry
 250 Summer Street
 Boston, MA 02210-1181

 By Certified Mail
 7002 0510 0001 6096 1677
 Stephen G. Dietrick
 Deputy General Counsel
 Legal Division
 70 Franklin Street, suite 600
 Boston, MA 02110-1300
 File.

Respectfully Submitted,

*Conrad V. Murphy*
Conrad V. Murphy, #W-47737
Pro Se Litigant
MCI Cedar Junction
P.O. BOX 100
So. Walpole, MA 02071

Respectfully Submitted,

*Napier D. Traylor*
Napier Traylor
Pro Se
MCI Cedar Junction
P.O. BOX 100
So. Walpole, MA 02071