COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 04-12724-JLT

----------------------------------:
                                  :
CONRAD V. MURPHY,                 :
    PLAINTIFF,                    :    PLAINTIFF'S MOTION TO FURTHER
                                  :    ENLARGEMENT OF TIME
    VS.                           :
                                  :
KATHLEEN M. DENNEHY, et al.,      :
    DEFENDANTS.                   :
                                  :
----------------------------------:

Now comes the plaintiff in the above-entitled action and respectfully moves this Honorable Court, pursuant to Fed. R. Civ. P. Rule 6(b), to enlarge by thirty (30) days, up until August 1st 2005, the time for the plaintiff to file his Opposition Motion To Defendants' Motion To Dismiss.

In addition, plaintiff requests enlargement to obtain a full and complete copy of the Defendants' Memorandum of law In Support of Their Motion To Dismiss.

As grounds, plaintiff has attached his Grievance hereto as Exhibit A.

Plaintiff therefore requests further enlargement of time.

7/ / /2005

cc: Wendy C. Weber, Counsel
    BBO No. 633950
    Department of Correction
    Legal Division
    70 Franklin Street, Suit 600
    Boston, MA 02110-1300
    File.

RESPECTFULLY SUBMITTED,

CONRAD V. MURPHY, W-47737
PRO SE LITIGANT
MCI CEDAR JUNCTION
P.O. BOX 100
SOUTH WALOPLE, MA 02071-0100

## CERTIFICATE OF SERVICE

I, hereby certify that a true copy of the above document:

* Plaintiff's Motion To Further Enlargement of Time *

was forwarded to the defendant's Counsel, by the plaintiff, @ MCI Cedar Junction, P.O. BOX 100, So. Walpole, MA 02071-0100 via First Class Mail, through the Institutions Mailing Processing System.

___7___/___1___/2005

cc: File.

                                         CONRAD V. MURPHY, W-47737
                                         PRO SE LITIGANT
                                         MCI CEDAR JUNCTION
                                         P.O. BOX 100
                                         SO. WALPOLE, MA 02071-0100



# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### INMATE GRIEVANCE FORM
#### FORWARD TO INSTITUTIONAL GRIEVANCE COORDINATOR (IGC)

| Field | Value | Field | Value |
|---|---|---|---|
| Name | MURPHY CONRAD | Grievance# | 11633 |
| | | Institution | MCI CEDAR JUNCTION |
| Commit No. | W47737 | Housing | BLOCK 2 |
| | | Date Of Incident | 20050630 |
| | | Date Of Grievance | 20050701 |

**Complaint:** On 6.30.05, the Block 2 Officer opened one legal mail envelope and I noticed that the DEFENDANT'S MEMORANDUM OF LAW was missing and all that was attached thereto was pages 1,2 and 16. I then brought the question up to the Block Officer "what happened to the missing pages to the memorandum of law?" and this officer then stated to me "that was the way he got it."

**Remedy Requested:** That athe defendants "furnish" me a full and complete copy of the memorandum of law.

**Staff Recipient:** Aucoin Ann Marie   CO I

**Staff Involved:**

**Signature:**

---

### RECEIPT BY INSTITUTIONAL GRIEVANCE COORDINATOR

**Date Received:** 20050705   **Decision Date:**

**Signature:**

**Final Decision:**

**Decision:**

**Signature:**   **Date:**

Denied grievances may be appealed to the Superintendent within 10 working days of Institution Grievance Coordinator's decision.

---

### INMATE RECEIPT

| Field | Value | Field | Value |
|---|---|---|---|
| Name | MURPHY CONRAD | Institution | MCI CEDAR JUNCTION |
| Commit No. | W47737 | Grievance# | 11633 |
| | | Date Received | 20050705 |

**Signature.** Aucoin Ann Marie   CO I