To: Jeanette McGlamery
    Deputy Clerk

From: Conrad V. Murphy, Comm. # W-47737

Date: 6/28/2005

Re: Conrad V. Murphy, Pro Se, V. Kathleen M. Dennehy, et al.

Dear Jeanette McGlamery,

I come forward in correspondence at this time "through" another prisoner, because of a matter that needs to be attained. Enclosed is an "official copy" of my prison trust account.

On 5·23·2005, monies in the total amount of $150.00 was disbursed from my account, check # 34745, pursuant to 28 U.S.C.A. § 1915(b)(1) where I was obligated to pay for the above-entitled civil action, to which I have complied with.

On 6·13·2005, I was sent $20.00[1] by my Grandmother.

On 6·15·2005, monies in the total amount of $4.00 again was disbursed from my account, check # 35005,

2.

"per order" of the Court, Id, at U.S.C.A. § 1915(b)(1).
I hereby request that you or someone else who is "authorized" to notified <u>Mary Stowe</u> at the Treasurer's office here at M.C.I. Cedar Junction to "terminate" the "order" of the Court, 28 U.S.C.A. § 1915(b)(1) and refund me the monies in the total amount of $4.00, the monies that were disbursed after the date of 5-23-2005.

Thank you for your time and energy in this matter.

Cordially yours,

Conrad V. Murphy

CONRAD V. Murphy, # W-47737
MCI Cedar Junction
P.O. Box 100
So. Walpole, MA 02071-0100

CC: File.

---

1 The 20.00 I received I contend I need for basic hygiene items to maintain "personal cleanliness". <u>See</u> Carver v. Bunch, 946 F.2d 451, 452 (6th Cir. 1991). Also, pursuant to U.S.C.A. Const. Amend. 8.

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050624 14:21

Page: 1

| Commit# : | W47737 | | | | MCI CEDAR JUNCTION | | | |
| Name : | MURPHY, CONRAD, , | | | | Statement From | 20050401 | | |
| Inst : | MCI CEDAR JUNCTION | | | | To | 20050624 | | |
| Block : | BLOCK 2 | | | | | | | |
| Cell/Bed : | 10 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $1,426.09 | $1,402.90 | $753.98 | $430.94 |
| 20050408 16:47 | IS - Interest | 4423125 | | CJ | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4423126 | | CJ | | $0.00 | $0.00 | $1.07 | $0.00 |
| 20050419 11:01 | IC - Transfer from Inmate to Club A/c | 4474258 | | CJ | ~MUSK OIL - MADINA; KUFI/PRAYER CAP - BLACK; KUFI/PRAYER CAP - WHITE~FAITH GROUP WASH ACCOUNT - Z170~FAITH GROUP WASH ACCOUNT - Z170 | $0.00 | $13.17 | $0.00 | $0.00 |
| 20050510 22:30 | CN - Canteen | 4579944 | | CJ | ~Canteen Date : 20050510 | $0.00 | $10.00 | $0.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4589538 | | CJ | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4589539 | | CJ | | $0.00 | $0.00 | $1.08 | $0.00 |
| 20050523 10:53 | AT - Account Transfer | 4654187 | | CJ | ~LEGAL FEES~W47737 MURPHY,CONRAD PERSONAL | $150.00 | $0.00 | $0.00 | $150.00 |
| 20050523 10:54 | EX - External Disbursement | 4654196 | 34745 | CJ | ~CLERK, U.S. DISTRICT COURT S/P | $0.00 | $150.00 | $0.00 | $0.00 |
| 20050523 10:54 | MA - Maintenance and Administration | 4654198 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050531 10:26 | AT - Account Transfer | 4687517 | | CJ | ~.89 TO GET ACCT OUT OF NEGATIVE, 7.63 FOR POSTAGE~W47737 MURPHY,CONRAD PERSONAL | $8.52 | $0.00 | $0.00 | $8.52 |
| 20050531 10:27 | IC - Transfer from Inmate to Club A/c | 4687535 | | CJ | ~POSTAGE (CERT) TO OFFICE OF U.S. MARSHAL PER S/P~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $7.63 | $0.00 | $0.00 |
| 20050531 10:27 | AT - Account Transfer | 4687544 | | CJ | ~CERT. POSTAGE~W47737 MURPHY,CONRAD PERSONAL | $8.43 | $0.00 | $0.00 | $8.43 |
| 20050531 10:28 | IC - Transfer from Inmate to Club A/c | 4687553 | | CJ | ~CERT. POSTAGE TO OFFICE OF THE U.S. MARSHAL PER S/P~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $8.43 | $0.00 | $0.00 |
| 20050606 10:37 | AT - Account Transfer | 4719064 | | CJ | ~STAMPS~W47737 MURPHY,CONRAD PERSONAL | $18.50 | $0.00 | $0.00 | $18.50 |
| 20050609 16:49 | IS - Interest | 4751386 | | CJ | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4751387 | | CJ | | $0.00 | $0.00 | $1.04 | $0.00 |
| 20050613 08:36 | ML - Mail | 4769821 | | CJ | ~NO NAME GIVEN | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050613 08:36 | MA - Maintenance and Administration | 4769823 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050615 09:54 | EX - External Disbursement | 4782455 | 35005 | CJ | ~CFF #04-12724~CLERK, U.S. DISTRICT COURT - | $0.00 | $4.00 | $0.00 | $0.00 |
| 20050620 22:30 | CN - Canteen | 4806896 | | CJ | ~Canteen Date : 20050620 | $0.00 | $18.50 | $0.00 | $0.00 |
| | | | | | | $205.55 | $213.73 | $3.19 | $185.45 |

*Req. Refund of $4.00 in full.*

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $15.01 | $132.78 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050624 14:21

| | | | | | Page : 2 |
|---|---|---|---|---|---|
| Commit# : | W47737 | | MCI CEDAR JUNCTION | | |
| Name : | MURPHY, CONRAD, , | | Statement From | 20050401 | |
| Inst : | MCI CEDAR JUNCTION | | To | 20050624 | |
| Block : | BLOCK 2 | | | | |
| Cell/Bed : | 10 /A | | | | |

**Current Balances:**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $15.01 | $132.78 | $0.00 | $0.00 | $0.00 | $0.00 |