COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK OF COURTS
UNITED STATES DISTRICT COURT
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210

TO: CLERK OF THE COURTS
RE: <u>REQUEST FOR DOCUMENTATION/INREFERENCE TO MURPHY V. DENNEHY, et al.</u>
    NO. 04-12724-JLT

Dear Clerk,

I, hereby request a full and complete copies of the "DOCKET ENTRY SHEET" and the "TRACKING ORDER SHEET" of the above entitled Civil Action from the dates of 1/10/2005 to the current date. This request is in accordance with 28 U.S.C. § 452 and Rule 79 (a)(d), Fed. R. Civ. P.

I would like to thank you in advance for your time, energy and attention to this matter and do anxiously await your reply.

Postscript:

In addition, I've enclosed a copy hereto of the letter to "Deputy Clerk" Jeanette McGlammery requesting that she or someone who is "authorized" to notify Mary Stowe who is the Treasurer here at MCI Cedar Junction, to "terminate" the Court Order of payment of fees, pursuant to 28 U.S.C.A. § 1915 (b)(1) and to refund me the monies that were already taken from my prison account.[1]

Cordially yours,

CONRAD V. MURPHY, W-47737
PRO SE LITIGANT
MCI CEDAR JUNCTION
P.O. BOX 100
SOUTH WALPOLE, MA 02071

__7__/__25__/2005

Sent by U.S. Certified Mail
# 7004 1160 0001 4840 7221

---

1 Citing Chriceol V. Phillips, 169 F.2d 313 (5th Cir. 1996).

To: Jeanette McGlamery
    Deputy Clerk

From: Conrad V. Murphy, Commit# W-47737

Date: 6/28/2005

Re: Conrad V. Murphy, Pro Se, V. Kathleen M. Dennehy, et al.

Dear Jeanette McGlamery,

I come forward in correspondence at this time "through" another prisoner, because of a matter that needs to be attained. Enclosed is an "official copy" of my prison trust account.

On 5·23·2005, monies in the total amount of $150.00 was disbursed from my account, check #34745, pursuant to 28 U.S.C.A. § 1915(b)(1) where I was obligated to pay for the above-entitled civil action, to which I have complied with.

On 6·13·2005, I was sent $20.00[1] by my Grandmother. On 6·15·2005, monies in the total amount of $4.00 again was disbursed from my account, check #35005,

2.

"per order" of the Court, Id, at U.S.C.A. § 1915(b)(1).

I hereby request that you or someone else who is "authorized" to notified <u>Mary Stowe</u> at the Treasurer's office here at M.C.I. Cedar Junction to "Terminate" the "order" of the Court, 28 U.S.C.A. § 1915(b)(1) and refund me the monies in the total amount of $4.00, the monies that were disbursed after the date of 5·23·2005.

Thank you for your time and energy in this matter.

Cordially yours,

Conrad V. Murphy

Conrad V. Murphy, # W-47737
MCI Cedar Junction
P.O. Box 100
So. Walpole, MA 02071-0100

cc: file.

---

1 The 20.00 I received I contend I need for basic hygiene items to maintain "personal cleanliness". <u>See</u> Carver v. Bunch, 946 F.2d 451, 452 (6th Cir. 1991). Also, pursuant to U.S.C.A. Const. Amend. 8.

DEPARTMENT OF CORRECTION

INMATE REQUEST TO STAFF MEMBER

TO: **MARY STOWE, TREASURER**    DATE: **7-2-05**
(Name and Title of Officer)

SUBJECT: State completely but briefly the problem which you desire assistance (give details)

$4.00 WAS TAKEN from my Account on 6/15/05, Pursuant to my Account on the date of 5/23/05 where the total amount of $150.00 WAS taken for filing fees per Court order.

(Use other side of page if more space is needed)

ACTION REQUESTED: (State exactly how you believe your request may be handled; that is, exactly what you think should be done, and how.)

That the $4.00 be Refunded to my Account and All "External Disbursements" of my Account be "Terminated".

NAME: **Conrad V. Murphy**    No.: **W-47737**
Work Assignment: **Kitchen**    Living Quarters: **B-2 #10**

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may result in no action being taken.

DISPOSITION: (Do not write in this space)    DATE: _____

We need something from the Court stating this was already paid before we can request the $4.— check back from them for you.

Karen
Inmate Accounts

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CONRAD V. MURPHY
       Plaintiff,

v.

UNITED STATES, et al.,
       Defendants.

CIVIL ACTION

NO  04-12724-JLT

### NOTICE FOR PAYMENT OF PRISONER FILING FEE

To: THE TREASURER'S OFFICE AT MCI Cedar Junction AND TO ANY TREASURER'S OFFICE AT FACILITIES TO WHICH THE INMATE NAMED ABOVE MAY BE TRANSFERRED

PLEASE TAKE NOTICE THAT:

Plaintiff, a prisoner proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $150.00 for this action. See 28 U.S.C. § 1915(b)(1).

☒ Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff has been assessed the following:
    ☐ Full filing fee of $____ from available funds.
    ☒ An initial partial filing fee of: $ 89.16 due within ten (10) business days of receipt of this notice.
    ☒ Remainder of fee [$ 60.84] to be paid in accordance with 28 U.S.C. § 1915(b)(2) in monthly payments of 20% of the preceding month's income credited to the prisoner's account each time the amount in the account exceeds $10.00 until the filing fee is paid.

☐ Plaintiff has been without funds for six months and is currently without funds. Pursuant to 28 U.S.C. § 1915(b)(2), plaintiff is obligated to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account until the statutory filing fee of $ 150.00 has been paid in full.

The Treasurer's Office at the institution designated above is required to send to the Clerk of the Court the initial partial filing fee (if assessed) and monthly payments from plaintiff's prison trust account (or institutional equivalent) each time the amount in the prisoner's account exceeds $10.00. 28 U.S.C. § 1915(b)(2). The monthly payments shall be sent on the last day of each month, beginning in the month subsequent to the date of this notice. The monthly payments shall continue until the balance of $ 150.00 is paid in full.

The prisoner's name and case number must be noted on each remittance. If a single check is provided in payment of filing fees for more than one prisoner, the amount to be allocated to each prisoner and case must be noted. All checks should be made payable to the "Clerk, U. S. District Court" and transmitted to:

U. S. District Court
Cashier - Suite 2300
1 Courthouse Way
Boston, MA  02210

SARAH THORNTON, CLERK

4/20/2005
Date

By: /s/ Jeanette McGlamery
    Deputy Clerk

cc: Plaintiff

(ifppaymt.pri - 12/96)                     [ntcifpfee.]