COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT
DIRTRICT OF MASSACHUSETTS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____ :   CIVIL ACTION NO. 04-12724-JLT
                                    :
    CONRAD V. MURPHY,               :
                                    :
         PLAINTIFF,                 :
                                    :   PLAINTIFF'S SECOND MOTION TO
         VS.                        :   FURTHER ENLARGEMENT OF TIME
                                    :
    KATHLEEN M. DENNEHY, et al.,    :
                                    :
         DEFENDANTS.                :
                                    :
_____ :
```

   Now comes the plaintiff in the above-entitled action and respectfully moves this Honorable Court, pursuant to Fed. R. Civ. P. Rule 6 (b), to enlarge by thirty (30) days, up until August 31, 2005 the time for the plaintiff to file his Opposition Motion To Defendants' Motion To Dismiss.

   As grounds, plaintiff requests enlargement due to his "prior employment" in the Institutional Kitchen which conflicts with his access to the law library.

   Plaintiff also attaches hereto his Brief In Support of this Motion, in company with Exhibits thereof.

Respectfully Submitted,

*Conrad V. Murphy*

___7__/_25__/2005

cc: File.

CONRAD V. MURPHY, W-47737
PRO SE LITIGANT
MCI CEDAR JUNCTION
P.O. BOX 100
SOUTH WALPOLE, MA 02071-0100

## CERTIFICATE OF SERVICE

I, hereby certify that a true copy of the above document(s):

\* Plaintiff's Second Motion To Further Enlargment of Time \*

was forwarded to the defendant's Counsel, by the plaintiff, @ MCI Cedar Junction, P.O. BOX 100, SO. Walpole, MA 02071-0100, via First Class Mail, through the Institutional Mailing Processing System.

__7__ / __25__ /2005

cc: Wendy C. Weber, Counsel
    BBO NO. 633950
    Department of Correction
    Legal Division
    70 Franklin Street, Suite 600
    Boston, MA 02110-1300
    File.

                                                  Respectfully Submitted,

                                                  CONRAD V. MURPHY, W-47737
                                                  PRO SE LITIGANT
                                                  MCI CEDAR JUNCTION
                                                  P.O. BOX 100
                                                  SOUTH WALPOLE, MA 02071-0100