COMMONWEALTH OF MASSACHUSETTS
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF MASSACHUSETTS | CIVIL ACTION NO. 04-12724-  T |
| CONRAD V. MURPHY,<br>PLAINTIFF, | PLAINTIFF'S MOTION TO FIL  ATE |
| VS. | |
| KATHLEEN M. DENNEHY, et al.,<br>DEFENDANTS. | |

NOW COMES the plaintiff, and moves to file late his OPPOSITIONS tc  he defendant's Motion To Dismiss. As reason therefor, plaintiff states   at due to his recent employment in the Institutional Kitchen at MCI Cec  Junction, and inadequate access to law library. Pursuant to Plaintif  s Second Motion To Further Enlargement of time w/Brief in Support file  with the Court dated 7/25/2005 and sent by U.S. Certified Mail # 70C 1160 0001 4840 7221, additional time is very much needed to respond Defendant's Motions.

\_\_9\_\_/\_\_16\_\_/2005

Sent By First Class Mail

Certificate Of Service

I hereby certify that on this day a true copy of the above document was served upon the Attorney of record for each of the parties by first class mail.

Date:  \_\_9/16/2005\_\_  *Conrad V. Murphy*

Respectfully Submitte
*Conrad V. Murphy*
CONRAD V. MURPHY, W-4   37
PRO SE LITIGANT
MCI CEDAR JUNCTION
P.O. BOX 100
SOUTH WALPOLE, MA 020